# Derek Smith Law Group, PLLC

**Employment Lawyers Representing Employees Exclusively**

November 17, 2017

**VIA ECF**
Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

      Re:    Brooks v. The Doe Fund, Inc. et al

      Case No.: 1:17-cv-03626-PKC-LB

Dear Judge Bloom:

Our firm represents Gregory Brooks ("Plaintiff") in the above-mentioned litigation. Plaintiff writes pursuant to Your Honor's November 16, 2017 order. Plaintiff's counsel sincerely apologizes for the delay. As per your Honor's October 31, 2017 order requesting that the parties update the court, counsel for Defendant Cooper notified Plaintiff's counsel that he would accept service on behalf of his client. As such, Plaintiff served Defendant Cooper, via his attorney, Plaintiff's complaint and Plaintiff's psychological evaluation via mail and email. Additionally, Plaintiff provided counsel for Defendant The Doe Fund, Inc. and Defendant Washington Plaintiff's psychological evaluation via mail and email.

Regarding the matter of Defendant Wiggins, to avoid any further delay of these proceedings, Plaintiff will withdraw his claims against Defendant Wiggins. Despite all possible attempts and Plaintiff's most recent postal search, Plaintiff has been unable to serve Defendant Wiggins.

We thank the court for its time and attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC

_____/s/_____
Kelly L. O'Connell

CC:    Lori Diane Bauer, Esq. (ECF)
           Kevin Patrick Connolly, Jr., Esq. (ECF)
           Peter T. Shapiro, Esq. (ECF)

NYC Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com