**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, NY  10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

PETER T. SHAPIRO
DIRECT DIAL: 212.232.1322
Peter.shapiro@lewisbrisbois.com

November 17, 2017

File No.
29892.372

*Via ECF*
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Brooks v. The Doe Fund, Inc. et al.*
            *17-cv-03626 (PKC)(LB)*

Dear Judge Bloom:

    I represent Defendant Terry Cooper. Enclosed please find a proposed stipulation and order by which I accept service of process for Mr. Cooper and agree to serve an answer by November 22, 2017. I apologize for our failure to notify the Court of this resolution of the issues presented during the last conference, which I was able to work out with counsel for Plaintiff.

    Thank you for your attention to this matter.

                                Respectfully,

                                *Peter T. Shapiro*

                                Peter T. Shapiro of
                                LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosure

cc:    All counsel of record (via ECF)

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • DALLAS • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4824-6616-4309.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GREGORY BROOKS,

                Plaintiff,

    - against -

THE DOE FUND, INC., TERRY COOPER,
Individually and in his official capacity, JAMES
WASHINGTON, individually and in his official
capacity, and ANTHONY WIGGINS,
individually and in his official capacity,

                Defendants.
---------------------------------------------------------X

Case No. 17-cv-03626 (PKC)(LB)

**STIPULATION ACCEPTING SERVICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, acting by means of their respective counsel, as follows:

      1.    Defendant Terry Cooper hereby accepts service of the Summons and Complaint.

      2.    Defendant Terry Cooper shall have until November 22, 2017, to move, answer or otherwise respond to the Complaint.

Dated: November 17, 2017
       New York, New York

| DEREK T. SMITH LAW GROUP, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Derek T. Smith | By: /s/ Peter T. Shapiro |
| Derek T. Smith | Peter T. Shapiro |
| 30 Broad Street, 35th Floor | 77 Water Street, Suite 2100 |
| New York, New York 10004 | New York, New York 10005 |
| (212) 587-0760 | (212) 232-1300 |
| dtslaws@msn.com | Peter.Shapiro@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Terry Cooper* |

SO ORDERED:

_____
                U.S.D.J.

4816-6094-6003.1