1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    ----------------------------------------X
     GREGORY BROOKS,
4
                              PLAINTIFF,
5

6          -against-         Case No.:
                             17-cv-3626
7

8    THE DOE FUND, INC., TERRY COOPER
     individually and in his official capacity,
9    JAMES WASHINGTON individually and in his
     official capacity, and ANTHONY WIGGINS
10   individually and in his official capacity,

11                           DEFENDANTS.
     ----------------------------------------X
12

13                  DATE: August 21, 2018

14                  TIME: 10:47 A.M.

15

16

17          VIDEOTAPED DEPOSITION of a

18   non-party witness, JEROME HOUSE, taken by

19   the Plaintiff, pursuant to an Order and to

20   the Federal Rules of Civil Procedure, held

21   at the offices of The Derek Smith Law

22   Group, PLLC, One Pennsylvania Plaza, Suite

23   4905, New York, New York 10119, before

24   Jennie Siolidis, a Notary Public of the

25   State of New York.

```
 1                J. HOUSE

 2         Seidenfeld from Jackson Lewis on

 3         behalf of The Doe Fund and James

 4         Washington.

 5              THE VIDEOGRAPHER:  Thank you.

 6         Our court reporter today is Jennie

 7         Siolidis also with Diamond Reporting

 8         & Legal Video.  Would the court

 9         reporter please swear in the witness?

10              THE COURT REPORTER:  Raise your

11         right hand, please.

12  J E R O M E  H O U S E, called as a

13  witness, having been first duly sworn by a

14  Notary Public of the State of New York, was

15  examined and testified as follows:

16  EXAMINATION BY

17  MS. GIORGIO:

18         Q.    Please state your name for the

19  record.

20         A.    Jerome House.

21         Q.    What is your address?

22         A.    338 Forbell Street, Brooklyn,

23  New York, 11208.

24         Q.    Mr. House, okay.  So I'm

25  Christina Giorgio, as you know, and I'm
```

```
 1                    J. HOUSE

 2          Q.    And the zip?

 3          A.    11208.

 4          Q.    How long have you lived there?

 5          A.    Since I guess November,

 6     October, somewhere around there.

 7          Q.    Of what year?

 8          A.    Of 2018.

 9          Q.    This year is 2018.

10          A.    Oh, no, no.  2017 to 2018.

11     Yeah.

12          Q.    All right.  Very good.

13                What is your weight?

14          A.    About 160.

15          Q.    And what is your height?

16          A.    5'7".

17          Q.    And what race are you?

18          A.    Black.

19          Q.    Where were your born?

20          A.    Long Island.

21          Q.    So you're from New York?

22          A.    Yes.

23          Q.    And are you a heterosexual?

24          A.    Yes, I am.

25          Q.    Are you familiar with an entity
```

```
 1                    J. HOUSE

 2    known as The Doe Fund?

 3         A.    Yes, I am.

 4         Q.    And how is it that you are

 5    familiar The Doe Fund?

 6         A.    I heard about it.  Going to the

 7    shelter, they told me that they got classes

 8    and stuff like that, and you can work, and

 9    it's like you're living on your own, but

10    you're living in the shelter.

11         Q.    Okay.  Do you remember who

12    shared that information with you?

13         A.    No, I don't.

14         Q.    And so were you experiencing

15    homelessness at that time?

16              MR. SEIDENFELD:  Objection.

17         A.    Yes, I was.

18         Q.    Were you -- were you

19    experiencing homelessness at that time?

20         A.    Yes.

21              MR. SEIDENFELD:  Objection.

22         Q.    So this is something I failed

23    to explain.

24         A.    Mm-hmm.

25         Q.    Lawyers, myself included --
```

```
 1                    J. HOUSE

 2        so we have a clear record.

 3              MS. GIORGIO:  Not a problem.

 4        Q.    Do you remember the year when

 5    you found out about The Doe Fund?

 6        A.    2012, maybe.

 7        Q.    And in 2012, prior to

 8    participating at The Doe Fund, what was

 9    your living situation?

10        A.    I --

11        Q.    Pardon -- pardon me.

12              When -- what was your housing

13    situation?

14        A.    I was living with my cousin in

15    Brooklyn.

16        Q.    Okay.  And how long had you

17    been living with your cousin in Brooklyn?

18        A.    About a year.

19        Q.    Okay.  Were -- and so when you

20    were living with your cousin --

21        A.    Mm-hmm.

22        Q.    -- did you consider that being

23    homeless?

24        A.    Yes, I was.

25        Q.    Why do you consider that being
```

```
 1                    J. HOUSE
 2    homeless when you were living with your
 3    cousin?
 4         A.    Because it -- it wasn't my
 5    place of residence, and I slept on the
 6    couch.
 7         Q.    Okay.  Were you looking for
 8    other shelter at that time?
 9         A.    Yes.
10         Q.    Now, shortly -- how much time
11    lapsed between learning about The Doe
12    Fund and -- well, strike that.
13              At a -- after learning about
14    The Doe Fund, did you reach out to The Doe
15    Fund to become involved in their program?
16         A.    Yes, I did.
17         Q.    Do you remember when that was
18    approximately?
19         A.    No, I don't.
20         Q.    Do you remember about how much
21    time lapsed between the time somebody
22    shared with you about The Doe Fund and when
23    you actually connected with The Doe Fund?
24         A.    About a week.
25         Q.    Okay.  And describe for us how
```

```
 1                    J. HOUSE

 2     it is that you actually made contact with

 3     The Doe Fund.

 4          A.    Well, I -- I think I Googled

 5     them or something like that.  I'm not sure.

 6     But I got in touch with them, and they told

 7     me that I needed to have a shelter bed to

 8     get into The Doe Fund because The Doe Fund

 9     was actually a shelter, so I needed to go

10     to a shelter somewhere.  So I went to

11     Belmont -- Bellevue shelter on 31st Street

12     or 30th Street so they could give me a bed

13     number.  And from there, I had to wait and

14     someone would see me about The Doe Fund,

15     and that's what happened.

16          Q.    Okay.  And do you remember who

17     you met with at that time?

18          A.    Mike.  I think his name was

19     Mike.

20          Q.    And what was Mike's role, if

21     you know?

22          A.    I don't know his role, but I

23     know he -- he was a driver.  So he drove me

24     to The Doe Fund.

25          Q.    Oh, okay.  So describe what
```

```
 1                  J. HOUSE
 2   happened next.
 3        A.    I went to The Doe Fund.  They
 4   issued me the clothes that I would have to
 5   wear, and they gave me a room, and that was
 6   it.  I was ready to start working.  No.  I
 7   was -- they said I would be there for like
 8   a week or two before I started working, so
 9   I was there for a week or two.  They did
10   assessments of me, like doctors and stuff
11   like that.  And the next week, I was in
12   work -- I was in the field working.
13        Q.    Okay.  I just want to make sure
14   I understand.
15             Now, Mr. House, from when Mike
16   picked you up and drove you to The Doe
17   Fund --
18        A.    Yes.
19        Q.    -- that same day, you became a
20   participate with The Doe Fund?
21        A.    Well, not actually.  I was just
22   living there.  They didn't take me out to
23   work until I got approved or something like
24   that.  And once I got approved to work,
25   then I started working.
```

```
 1                   J. HOUSE

 2        Q.    But just so I'm clear, from

 3   when Mike drove you from Belle -- Bellevue

 4   --

 5        A.    Mm-hmm.

 6        Q.    -- to The Doe Fund's shelter --

 7        A.    Mm-hmm.

 8        Q.    -- it was that same day you

 9   became housed at The Doe Fund?

10        A.    Yes, I did.  Yes, I did.

11        Q.    Okay.  And do you remember the

12   address that they took you to?

13        A.    49 Porter Avenue in Brooklyn,

14   New York.

15        Q.    Okay.  And you shared that

16   there was a period of time where The Doe

17   Fund was doing some assessments --

18        A.    Mm-hmm.

19        Q.    -- correct?

20        A.    Yes.

21        Q.    Can -- after the assessments

22   were completed, can you describe the nature

23   of your work with The Doe Fund?

24             MR. SEIDENFELD:  Objection.

25        Q.    Okay.
```

19

```
 1                    J. HOUSE
 2        A.    Well, I -- I picked up garbage.
 3   There were trash cans, and there were
 4   certain trash cans that I was supposed to
 5   put the garbage that I picked up off of the
 6   street -- where I have to pick up garbage
 7   off the street.  And there were trash cans.
 8   I put them in the trash cans or I was to
 9   change the trash cans or, you know, stuff
10   like that, mostly sanitation type of stuff.
11        Q.    Do you recall where you were
12   working?
13              MR. SEIDENFELD:  Objection.
14        A.    On -- on Third Avenue.  Well,
15   Third Avenue, sometimes Park Avenue.  It
16   varied sometimes.  I was -- I was Midtown,
17   Midtown.  I had a jacket that said Midtown.
18   I used to work Midtown.
19        Q.    Midtown Manhattan?
20        A.    Yes.
21        Q.    And how many days a week did
22   you engage in this work?
23              MR. SEIDENFELD:  Objection.
24        A.    Five days.
25              MR. SEIDENFELD:  I'm sorry, Mr.
```

```
 1                    J. HOUSE

 2          House.  You just have to give me a

 3          second to -- to object before you

 4          give you answer.

 5     A.    Okay.

 6              MS. GIORGIO:  And -- and just

 7          for clari -- are you objecting to my

 8          use of the word work?

 9              MR. SEIDENFELD:  I am.

10              MS. GIORGIO:  Is that -- so you

11          -- you think that that's a form

12          objection?

13              MR. SEIDENFELD:  I'm objecting

14          to how you're characterizing the

15          activities that he's taking part in.

16              MS. GIORGIO:  I'm not sure if

17          that's a proper objection, but I -- I

18          -- I understand your --

19              MR. BARTOLOMEO:  And -- and I

20          will say I second the objection.

21          Define legal term at least in the

22          purposes of me and Kelly have been

23          using it and, therefore, we believe

24          it's objectionable.

25     Q.    Where were we?
```

```
 1                    J. HOUSE

 2              So how many days a week were

 3    you engaged in sanitation endeavors through

 4    your partic -- participation with The Doe

 5    Fund?

 6         A.    Five days a week.

 7         Q.    And how many hours a day when

 8    you were engaged in these endeavors?

 9         A.    Six hours a day.

10         Q.    Six hours a day.

11              Was that six continuous hours?

12         A.    Yes, it was.

13         Q.    And were you paid for those

14    hours of sanitation endeavor?

15         A.    Yes, I was.

16              MR. SEIDENFELD:  Objection, you

17         can answer.

18         Q.    Let -- let -- let them get

19    their objection.

20         A.    Okay.

21         Q.    Because I want to make sure we

22    get your answer.  Okay?

23              MR. SEIDENFELD:  Objection.

24         You can answer.

25         A.    I forgot what the question was.
```

```
 1                    J. HOUSE

 2        Q.    The question was and -- the

 3   question was, were you paid?

 4        A.    Yes, I was.  I was paid.

 5        Q.    And who paid you?

 6             MR. SEIDENFELD:  Objection.

 7        A.    I don't know who paid me.  I

 8   just got paid.  My name came up, and it was

 9   on a card.  They issued me a card, and

10   that's how I was paid.

11        Q.    Can you describe a little bit

12   more about being issued a card?

13        A.    Well, when you come in, they --

14   they want you to have direct deposit, so I

15   had direct deposit.  And they put the money

16   on a card, $90.00 a week, put $90.00 a week

17   on the card and that was your pay.

18        Q.    And when you say they, who are

19   you referring to?

20        A.    The Doe Fund.

21        Q.    Okay.  Do you remember the

22   conversation you had with any Doe Fund

23   staff member about how you would receive

24   money on this card?

25        A.    No, I don't.
```

```
 1                    J. HOUSE

 2        Q.    Do you know if other Doe Fund

 3    participants received the same payment?

 4             MR. SEIDENFELD:  Objection.

 5        A.    Well, everybody did.  Everybody

 6    got $90.00, unless they worked overtime.

 7        Q.    Okay.  And how do you -- how --

 8    how do you know that?

 9        A.    They used to tell me and asked

10    me if I wanted to work overtime.

11        Q.    What --

12        A.    I never did.  I never worked

13    overtime.

14        Q.    When you say they told you, who

15    are you referring to?

16        A.    Staff.  Most of the people that

17    tell you you have to go to work, the staff.

18    And they said, do I want to work overtime,

19    and I said no.

20        Q.    Were you told by The Doe Fund

21    what would be the arrangement if you did

22    work overtime?

23             MR. SEIDENFELD:  Objection.

24        A.    No.

25        Q.    You shared with me that it --
```

```
1                      J. HOUSE
2    you were paid -- you -- you received $90.00
3    a week for the five days of sanitation
4    endeavors?
5         A.    Mm-hmm.   Mm-hmm.
6         Q.    But you shared it would be
7    different if you worked overtime?
8         A.    Yes, it would.
9              MR. SEIDENFELD:  Objection.
10        Q.    Well, I'm trying to understand
11   what would be different between, you know,
12   your six hours a day five days a week, so
13   30 -- that's 30 hours versus what the
14   arrangement would have looked like in terms
15   of receipt of payment on this card --
16             MR. SEIDENFELD:  Objection.
17        Q.    -- if you worked overtime.
18             MR. SEIDENFELD:  Objection.
19             MR. BARTOLOMEO:  Objection.
20        A.    Well, I -- can you repeat the
21   question again?
22        Q.    Sure.
23             You said that if you worked
24   overtime, something would have been
25   different with respect to the receipt.
```

```
 1                      J. HOUSE

 2          A.    Okay.

 3          Q.    That's what I'm -- that's what

 4     I'm trying to understand.

 5                What was your understanding of

 6     the difference if you -- if you worked more

 7     -- if you engaged in sanitation endeavors

 8     --

 9          A.    Mm-hmm.

10          Q.    -- for more than 30 hours a

11     week --

12          A.    Yes.

13          Q.    -- what would have been the --

14     the economic --

15          A.    Yes.

16          Q.    -- outcome of those extra

17     hours?

18                MR. SEIDENFELD:  Objection.

19          A.    I would get paid for the extra

20     hours.

21          Q.    And who told you that?

22          A.    It was general knowledge.

23     Like, it was general knowledge.  I don't

24     think anybody told me.

25          Q.    You don't recall anybody from
```

```
 1                    J. HOUSE
 2   The Doe Fund sharing that with you?
 3        A.    No, I don't.  Maybe Thomas
 4   Perry might have told us.  Whenever --
 5   whenever I had a question about work, like,
 6   it was a group question.  Like, the whole
 7   group asked the question.  He answered it
 8   in a group, so I think that he told us,
 9   like, we would get paid for the extra
10   hours.
11             MR. BARTOLOMEO:  Ms. Giorgio?
12             MS. GIORGIO:  Yeah.
13             MR. BARTOLOMEO:  Could you just
14        remind the witness that he's not to
15        try to guess today.  We're just
16        trying to get from him his
17        independent recollection.  And if he
18        doesn't recall, I would ask the
19        witness not to be making assumptions.
20        This deposition is a factfinding
21        mission.  Sorry.  This -- this
22        deposition is a factfinding miss --
23        mission.
24        Q.    Well, it is -- this is an
25   opportunity to test your memory.
```

```
1                         J. HOUSE

2          A.    Yes.

3          Q.    And, you know, we really don't

4    want you guessing.

5          A.    Yes.

6          Q.    Okay?

7          A.    Okay.

8          Q.    So with respect to the 30 hours

9    of sanitation work --

10         A.    Yes.

11         Q.    -- versus more than 30 hours of

12   sanitation work, did somebody from The Doe

13   Fund ask you to work more than 30 hours?

14               MR. SEIDENFELD:  Objection.

15         A.    Yes.

16         Q.    Do you remember who that was?

17         A.    The leader of my -- my -- my

18   team, matter of fact.  The leader of my

19   team asked me if I wanted to work overtime.

20         Q.    Do you remember that -- that

21   person's name?

22         A.    No, I don't.

23         Q.    Okay.  Now, can you describe

24   for us a bit more about how the program

25   functioned in terms of your involvement
```

```
 1                     J. HOUSE

 2    with The Doe Fund?

 3             And -- and what I'm trying to

 4    get at is, what was the structure of your

 5    days and your evenings?

 6             MR. SEIDENFELD:  Objection.

 7        A.   Well, structure of my days was

 8    work.  Evening, I used to watch TV and

 9    workout.  I used to -- I used to work out a

10    lot.  They had a gym in The Doe Fund, so I

11    took advantage of the gym.

12        Q.   Okay.  How did you get to the

13    locations where you were engaged in

14    sanitation endeavors?

15        A.   By my own accord because I

16    wanted to go to The Doe Fund.

17        Q.   When you got -- when you went

18    from is it 49 Porter Avenue to where you

19    were doing sanitation work, what mode of

20    transportation were you taking?

21        A.   A van.

22             MR. SEIDENFELD:  Objection.

23        Q.   Okay.  You were transported in

24    a van?

25        A.   Yes, I was.
```

```
 1                    J. HOUSE

 2        Q.    And do you know who provided

 3   that van?

 4        A.    The Doe Fund.  I -- I don't

 5   know the driver's name.

 6        Q.    Okay.

 7        A.    I can't remember his name.

 8        Q.    Would it be the same driver?

 9        A.    Yes, it was.  He was an older

10   gentleman.

11        Q.    Okay.  And how many people

12   would be put in the van to be trans --

13        A.    15.

14        Q.    I'm sorry.  Mr. House, try to

15   let me finish.

16        A.    Okay.

17        Q.    I know it's hard.

18              How many people would be in the

19   van transported from Porter Avenue to the

20   place where you would be performing

21   sanitation endeavors?

22              MR. SEIDENFELD:  Objection.

23        A.    15.

24        Q.    Okay.  Was it always 15?

25        A.    No.
```

                        J. HOUSE

1

2       Q.    So when -- why do you say 15?

3   Because you said it kind of confidently.

4       A.    Because that was the most that

5   can go was 15.  He used to count us.  You

6   know what I mean?  Because, sometimes there

7   would be more people than would be needed,

8   and he would count to make sure that there

9   was 15.

10      Q.    Okay.  And was there anybody

11  from The Doe Fund on-site when you were

12  engaged in the sanitation services where

13  you, you know, were supervised by somebody?

14          MR. SEIDENFELD:  Objection.

15      A.    Yes, I was.

16          MR. SEIDENFELD:  You can

17       answer.

18      A.    Yes, I was.  When I got there,

19  we usually took over from the shift that

20  was working before we got there.

21      Q.    Okay.  And ex -- ex -- describe

22  for us that transition from team to team.

23      A.    It was a -- we --

24          MR. SEIDENFELD:  Objection.

25      A.    The driver -- the driver used

```
 1                    J. HOUSE

 2     to drop us off, and our leader would --

 3     would be there, and I -- I -- they used to

 4     switch.  Everybody just switched.

 5          Q.    Okay.  Who -- who is the

 6     leader?

 7          A.    I don't know his name.

 8          Q.    What would the leader do?

 9          A.    Tell everybody what their jobs

10     were, what they responsibilities were.

11          Q.    And do you know who that person

12     worked for?

13               MR. SEIDENFELD:  Objection.

14          A.    He worked for The Doe Fund.

15          Q.    And how do you know that?

16          A.    His jacket said Doe Fund.

17          Q.    Okay.  Do you know if that

18     person was a resident of the shelter?

19          A.    Some of them were residents,

20     and some of them lived at home --

21          Q.    The -- the --

22          A.    -- in their own home.  Yeah.

23          Q.    The leaders?

24          A.    Yes, the leaders.

25          Q.    Okay.  What did you have to
```

```
 1                   J. HOUSE

 2    wear when you were performing these duties?

 3              MR. SEIDENFELD:  Objection.

 4         A.    A blue uniform.  In Midtown, we

 5    had two colors.  There was -- there was

 6    dark blue, and there was light blue.  We

 7    wore the dark blue, and -- yeah, we wore

 8    the dark blue uniforms on the -- on -- on

 9    Third Avenue.  We wore dark blue.

10         Q.    Okay.  And were you collecting

11    garbage?

12         A.    Not really collecting garbage;

13    sweeping up garbage off the street.

14         Q.    And what would you do with the

15    waste with -- you know, after you swept it

16    up, what would you do with it?

17         A.    I would put it in the -- in the

18    trash can.

19         Q.    A trash can that was stationary

20    on the street?

21         A.    Yes.

22         Q.    Did you ever leave with trash?

23         A.    You wasn't supposed to, but

24    some people left with trash, stuff they

25    used to find that they wanted.
```

```
 1                    J. HOUSE

 2        Q.    Okay.  Okay.  Describe -- now,

 3   I understand that you were sheltered at The

 4   Doe Fund --

 5        A.    Yes.

 6        Q.    -- Porter Avenue.

 7              Describe your housing

 8   situation.

 9        A.    I was homeless.  I had left my

10   cousin's house because -- I just left

11   there, and I went to the -- to Bellevue.

12   That was my -- my place of residence.  I

13   lived there.  And I went to The Doe Fund.

14   Then I lived there.

15        Q.    And -- and -- and describe what

16   the -- the shelter was like at Porter

17   Avenue.

18        A.    It was cleaner than most

19   shelters, and the -- the people there were

20   a little different because they had ethic,

21   they wanted to work, and so that made the

22   environment different.  That's -- that's

23   what it was.  It's different.

24        Q.    And where was your bed located?

25        A.    On the third floor.
```

```
 1                        J. HOUSE

 2           Q.    Did you have a private room?

 3           A.    No, I didn't.

 4           Q.    Did you share a room with other

 5    Doe Fund residents?

 6           A.    Yes, I did.

 7           Q.    How many beds approximately

 8    were in your room?

 9           A.    At least 14 or 15 beds.

10           Q.    Okay.  The sanitation endeavors

11    that you worked with, did it have a -- a

12    program name?

13                 MR. SEIDENFELD:  Objection.

14           A.    I don't -- I can't -- I don't

15    recall.

16           Q.    Okay.  What would happen if you

17    didn't show up to the van to engage in

18    sanitation endeavors?

19                 MR. SEIDENFELD:  Objection.

20           A.    I wouldn't be -- I wouldn't get

21    paid.  That's about it.  And if I didn't

22    show up enough times, they would relieve me

23    of this position and put me somewhere else,

24    and I'd be out -- out of the program for

25    that.
```

```
 1                      J. HOUSE

 2          Q.    Were you getting any training

 3     while you were at The Doe Fund?

 4          A.    I wanted to get training for --

 5     for -- I used to want to go in the houses

 6     and -- and chase the bugs out.

 7          Q.    Okay.

 8          A.    What's it called?  It doesn't

 9     -- in my mind right now, but --

10          Q.    Okay.

11          A.    -- that's what I wanted to do.

12          Q.    And is that -- do you know if

13     that was a training program that the Doe

14     Fund offered?

15          A.    Yes, it was.

16          Q.    And how did you find that out?

17          A.    That was one of the reasons I

18     went to the program because I -- an

19     exterminator.  I wanted to take

20     extermination up, so I went to The Doe

21     Fund.

22          Q.    Did you actually get any

23     extermination training?

24          A.    No.

25          Q.    Do you know why?
```

```
 1                    J. HOUSE

 2        A.    They made me leave.

 3        Q.    Was there ever a time where

 4   they informed you that you needed to be at

 5   The Doe Fund for a certain period of time

 6   before you would get any extermination

 7   training?

 8              MR. SEIDENFELD:  Objection.

 9        A.    Yes.

10        Q.    Okay.  What -- what did they

11   tell you?

12        A.    I had to be there for --

13              MR. SEIDENFELD:  Objection, you

14         can answer.

15        A.    I had to be there for 90 days.

16        Q.    Okay.  Were you there --

17        A.    Yes, I was.

18        Q.    Can you -- let me ask -- Mr.

19   House, do you remember approximately how

20   long you were at the Porter Avenue shelter

21   with The Doe Fund?

22        A.    About 18 months.

23        Q.    And you were told --

24        A.    Not sure.

25        Q.    Okay.  And more than a year?
```

37

```
 1                   J. HOUSE

 2        A.    Yes.

 3        Q.    And you were told that you had

 4   to be there for 90 days before you get any

 5   extermination training?

 6        A.    Yes.

 7        Q.    You were there for more than 90

 8   days?

 9        A.    Yes, I was.

10        Q.    Did you receive any

11   extermination training?

12        A.    No, I didn't.

13        Q.    Did you receive any other type

14   of training?

15        A.    No, I didn't.

16        Q.    Did you ever ask anybody about

17   why you weren't getting extermination

18   training?

19        A.    Yes, I did.

20        Q.    Who did you ask about that?

21        A.    It was Thomas Perry and -- what

22   was -- well, Thomas Perry.  I remember

23   asking him.

24        Q.    Who's Mr. Thomas Perry?

25        A.    He was like the superintendent,
```

```
 1                    J. HOUSE
 2    the -- slash warden of the facility.
 3        Q.    Okay.  And why is it that you
 4    went to Mr. Perry to talk with him about
 5    this?
 6        A.    Because there was no one else I
 7    could talk to.  Everyone else -- because
 8    there was no one I could talk to.
 9        Q.    Okay.  And do you remember what
10    you said to him?
11        A.    I don't remember exactly what I
12    said to him.
13        Q.    Okay.  Do you remember
14    generally what you said to him?
15        A.    Yeah, I remember generally.  I
16    asked him what's up with the training,
17    what's up with the -- what's up with the --
18    what's -- exterm -- what's up with the
19    extermination training, when does that
20    start.  And they was tell -- telling me
21    that it's -- I have to take tests -- I had
22    to take tests and stuff like that because
23    you -- I think you had to read on a certain
24    level.  Matter of fact, you did have to
25    read at a certain level, and that's how you
```

```
 1                    J. HOUSE
 2    got in extermination.
 3         Q.    Were you -- did they offer you
 4    those tests?
 5              MR. SEIDENFELD:  Objection.
 6         A.    A little while later.  Like,
 7    towards the end, they offered me that.
 8         Q.    Describe what you experienced
 9    with respect to The Doe Fund offering you
10    that testing.
11         A.    They just called me down and
12    told me that was -- that's what I was going
13    to be doing.
14         Q.    Okay.  And what happened next?
15         A.    And I went into a class, and I
16    took the test.
17         Q.    Did you pass?
18         A.    Yes, I did.
19         Q.    Then what happened?
20         A.    And then they was supposed to
21    be getting me ready to take extermination
22    classes, and then the crap with Terry
23    Coopers happened.
24         Q.    Okay.  So if I understand it
25    correctly, you did not receive the
```

```
 1                    J. HOUSE
 2    extermination training?
 3         A.    No, I didn't.
 4         Q.    Okay.  Did you have a
 5    supervisor at The Doe Fund?
 6               MR. SEIDENFELD:  Objection.
 7         A.    Yes, I did.
 8         Q.    And who was that person?
 9         A.    I don't remember his name.
10         Q.    What did that person do?
11         A.    He just managed us while we
12    were on the street.
13         Q.    Okay.  Is that the person you
14    referred to as a leader?
15         A.    Yes.
16         Q.    Okay.  Did you have a counselor
17    when you were at The Doe Fund?
18         A.    Yes, I did.
19         Q.    And who was that?
20         A.    Laura something.  I don't
21    remember her last name.
22         Q.    Okay.  And what services did
23    she provide for you?
24         A.    Well, she just made sure I was
25    okay and happy and doing my job.
```

```
 1                    J. HOUSE

 2        Q.    How often would you meet with

 3   her?

 4        A.    Once a week or when it was

 5   necessary.

 6        Q.    And --

 7              THE VIDEOGRAPHER:  I'm sorry.

 8         I'm getting some rustling from the

 9          microphone.

10              THE WITNESS:  Okay.

11              THE VIDEOGRAPHER:  Can you just

12          move it up just a bit?  Thank you.

13        Q.    Where -- where did you meet

14   with her?

15        A.    In her office.

16        Q.    Where was her office located?

17        A.    On the first floor.

18        Q.    The first floor of what?

19        A.    The Doe Fund.

20        Q.    At the Porter Avenue?

21        A.    At the Porter Avenue Doe Fund.

22        Q.    Okay.  Are you familiar with a

23   gentleman named Terry Cooper?

24        A.    Yes, I am.

25        Q.    And who is Terry Cooper?
```

```
 1                         J. HOUSE

 2         A.    He was house manager/counselor.

 3         Q.    Okay.  And when you say he was

 4    house manager/counselor, for who?

 5         A.    For the facility, for everyone

 6    in the facility.

 7         Q.    And what facility is that?

 8         A.    89 Porter Avenue, Doe Fund.

 9         Q.    Okay.  Is it your understanding

10    that Mr. Cooper works -- worked for The Doe

11    Fund?

12         A.    Yes, he did.

13         Q.    Okay.  How do you know that?

14         A.    On his shirt that he used to

15    wear every day.

16              MR. SEIDENFELD:  I'm sorry.  I

17          just didn't hear his answer.  I

18          apologize.  That was my fault.  I

19          apologize.

20         Q.    We had a cough.  We had a sound

21    interference.

22         A.    Oh.

23         Q.    How did -- how did you know he

24    worked for The Doe Fund?

25         A.    His shirt was one indication.
```

```
1                     J. HOUSE

2         Q.    What did his shirt say?

3         A.    Doe Fund.  It had a little logo

4    on it that said Doe Fund.

5         Q.    Did it say anything else?

6         A.    No.

7         Q.    And what -- what was your

8    understanding of the responsibilities of a

9    house manager?

10        A.    They was supposed to make sure

11   everyone slept where they supposed to

12   sleep, and they made sure everyone got paid

13   and made sure everyone had the right

14   clothes, and I don't -- that was it mostly

15   what I could tell.

16        Q.    And did you interact with Mr.

17   Cooper while you were at The Doe Fund?

18        A.    Yes, I did.

19        Q.    How often would you interact

20   with him?

21        A.    Well, I -- I don't think he --

22   well, he didn't work there all the time.

23   He only was in -- as I said, he was

24   counselor first and -- slash house manager,

25   so I worked I think, you know, like, on the
```

```
1                    J. HOUSE
2     weekends mostly.
3          Q.    I'm sorry, you're saying he
4     worked on the weekends mostly?
5          A.    Yes.
6          Q.    Okay.  And I take it you were
7     there on the weekends?
8          A.    Yes.
9          Q.    Okay.  Did he dis -- did he
10    play any role with respect to you said
11    clothing, work schedules?
12         A.    Yes.
13              MR. SEIDENFELD:  Objection.
14         Q.    Did -- did -- did he have any
15    involvement with respect to your -- you
16    know, your participation with The Doe Fund?
17              MR. SEIDENFELD:  Objection.
18              MR. BARTOLOMEO:  Objection.
19         Q.    Did he ever give you
20    instructions?
21         A.    Yes, he did.
22         Q.    Describe the nature of the
23    instructions he gave you.
24         A.    Going to bed, what time -- what
25    time are you going to bed or what time you
```

```
 1                     J. HOUSE

 2    got to be up in the morning, make sure I

 3    clean -- my clothes are clean, stuff like

 4    that.

 5         Q.    Okay.  What does Mr. Cooper

 6    look like?

 7         A.    Brown skin, curly hair, a

 8    little out of shape, glasses.  That's about

 9    it.  That's all I remember.

10         Q.    Do you remember his approximate

11    height?

12         A.    About maybe the same height as

13    me.  Maybe an inch or two taller.

14         Q.    Okay.  Do you remember the

15    first time you met him?

16         A.    No.  I don't remember the first

17    time I met him.

18         Q.    Okay.  Okay.  And did you have

19    an understanding of what Mr. Cooper's

20    sexual orientation was?

21         A.    Well -- well, if I had to

22    guess, which I'm not guessing, I would say

23    that he was a homosexual.

24         Q.    And what -- what made you think

25    that?
```

```
 1                   J. HOUSE

 2        A.    His mannerisms, mostly.

 3        Q.    Can you be more specific with

 4   respect to his mannerism?

 5        A.    I guess the way he talked

 6   mostly, like the -- the way he talked.

 7   And, yeah, because that's -- that's it.

 8   Like, it's just the way he talked.

 9        Q.    Okay.  Did you have an

10   interaction with -- excuse me.

11              Did Mr. Cooper ever come into

12   your room where your bed was located?

13        A.    Yes, he did.

14        Q.    Okay.  I -- did that happen on

15   a regular basis?

16        A.    Yes, that did.

17        Q.    Okay.  Was there ever a time

18   where he came into your room where his

19   conduct was inconsistent with what you

20   would expect from a house manager?

21              MR. BARTOLOMEO:  Objection.

22              MR. SEIDENFELD:  Objection.

23        A.    Yes, it was.

24              MR. BARTOLOMEO:  Go ahead.

25        A.    Yes, it was.
```

```
 1                    J. HOUSE

 2        Q.    Okay.  Do you remember

 3   approximately what month and year that was?

 4        A.    I don't remember what year and

 5   month it was, no.  I don't remember what

 6   year and month it was.

 7        Q.    Okay.  You were at The Doe

 8   Fund, though --

 9        A.    Yes.

10        Q.    -- correct?

11        A.    Yeah.

12        Q.    Mr. House, I would like for you

13   to describe for us what you experienced

14   when you were at The Doe Fund as it relates

15   to Mr. Cooper.

16             MR. SEIDENFELD:  Objection.

17             MR. BARTOLOMEO:  Note my

18         objection.

19        A.    Uncomfortability.  That's what

20   he made me feel, uncomfortable.

21        Q.    Why did he make you feel

22   uncomfortable?

23        A.    Because he -- he touched my

24   genitals.

25        Q.    Okay.  What I'd like you to do
```

```
1                    J. HOUSE
2      is start from -- well, if I may, did he
3      touch your genitals on more than one
4      occasion?
5           A.    No.
6           Q.    Okay.  What I'd like you to do
7      is describe for us the -- what happened on
8      the day he touched your genitals.
9           A.    Okay.  It was a day when I
10     didn't have anything -- no work to do, so I
11     woke up for breakfast.  I was tired.  So I
12     went to the bathroom to smoke some K2.
13     That's what I did.  I smoked K2.  And I
14     went to my room, which is across the
15     hallway, and he came in my room about five
16     or ten minutes later.  And first of all, he
17     walked to my bed.  And when I say walked, I
18     mean he danced to my bed.
19               So he got to my bed, and I'm
20     scared because I've been smoking K2, and,
21     like, it's right across the hallway, and
22     I'm thinking I smell like K2 and the room
23     smell like K2 and everything.  Like -- but
24     he leans down.  He picks up a piece of
25     paper off my floor.  There was a bunch of
```

```
 1                    J. HOUSE
 2    piece of papers -- a bunch of papers on my
 3    floor.
 4                    He picked up a piece of paper
 5    off my floor and placed it over my
 6    genitals.  I'm looking at him like he's
 7    crazy, like what are you -- what are you
 8    doing?  And he's -- and then he grabs the
 9    paper off my genitals.  But this time when
10    he grabbed it, he made sure his fingers --
11    his fingers touched my genitals.  You know
12    what I mean?  And then he just -- that was
13    it.
14                    And I stood there -- not stood
15    there.  I laid there like in shock.  You
16    know what I mean?  And while I'm laying
17    there -- I -- I -- I can't recall whether I
18    asked him, what are you doing or -- I'm
19    pretty much I asked him what he was doing.
20    But then he said nothing, nothing, nothing.
21    And -- and then he went down to the front
22    of my room, and I couldn't see what he was
23    doing, but I could have sworn that he did
24    the same thing to me to the person in the
25    front of the room.  And I didn't see him do
```

```
 1                    J. HOUSE

 2     it.  You know what I mean?  But from what I

 3     heard, that's what it sounded like he was

 4     doing.

 5          Q.    Now, if I may, I want to ask

 6     you some questions about your situation in

 7     the bed.

 8          A.    Okay.

 9          Q.    Were you clothed?

10          A.    I had on underwear.  I don't

11     remember if I had a shirt on or not.

12          Q.    Do you -- with respect to, you

13     know, bed coverings, were you on top of

14     sheets, under sheets?

15          A.    I was laying with a sheet ov --

16     over me.

17          Q.    And do you remember how high up

18     the sheet came?

19          A.    To about my stomach area.

20          Q.    And were you doing anything in

21     the bed in particular when Mr. Cooper came

22     into the room?

23          A.    I was looking at a video

24     because I -- that's how I go to sleep.  I

25     watch videos until I fall to sleep, and I
```

```
 1                    J. HOUSE

 2    had a portable DVD player in my bed with

 3    me, and I was watching DVD.

 4         Q.    Do you remember what you were

 5    watching?

 6         A.    No, I don't.  No, I don't.

 7         Q.    And when you say that Mr.

 8    Cooper put a piece of paper on top of your

 9    genitals --

10         A.    Mm-hmm.

11         Q.    -- where did he get the paper

12    from?

13              MR. SEIDENFELD:  Objection.

14         A.    Well, he picked it up off the

15    floor.  There was a bunch of pieces -- a

16    bunch of paper on my floor.  Like, you

17    know, I used to just have a little messy,

18    and I used to keep a bunch of papers on my

19    floor.

20         Q.    Okay.

21         A.    And he picked the piece of

22    paper off the floor.

23         Q.    And when you describe him

24    touching your genitals --

25         A.    Mm-hmm.
```

```
1                      J. HOUSE

2          Q.    -- if I understand you

3     correctly, your genitals, the actual skin

4     was not exposed --

5          A.    No, it wasn't.

6          Q.    -- was it?

7               MR. SEIDENFELD:  Objection.

8          Q.    Okay.  So you had some

9     underwear on?

10         A.    And a sheet.

11         Q.    Okay.  But you described him as

12    touching your genitals?

13              (Whereupon, a cell phone

14    rings.)

15         A.    Yes.

16              MR. SEIDENFELD:  Objection.

17         Q.    So can you, again, a little

18    more -- let's focus on the motion that he

19    engaged in when he put the paper on you --

20         A.    Mm-hmm.

21         Q.    -- and then removed the paper.

22              MR. SEIDENFELD:  Objection.

23         A.    He -- whatever hand it was,

24    right or left, he put the paper on my

25    genitals and, like, he set it like that
```

```
 1                    J. HOUSE
 2    (Indicating.)  And when he pulled it off,
 3    that's when his fingers went down a little
 4    bit, I think, so he could feel something
 5    and took the piece of paper off.
 6         Q.    What parts of your genitals did
 7    you feel him, I should say, rub?
 8         A.    My penis and testicles.
 9              MR. SEIDENFELD:  Objection.
10              MR. BARTOLOMEO:  Note mine as
11       well.
12         Q.    Okay.  Do you remember him
13    saying anything to you after that?
14         A.    I don't really recall.  I was
15    in shock.  Like, I don't recall what he
16    said.  He was saying something, but it --
17    he was saying something.  I don't recall
18    what it was.
19         Q.    And you said he went to the
20    other side of the room and --
21         A.    Yes.
22         Q.    -- engaged with another
23    resident?
24         A.    Yes.
25         Q.    Do you --
```

```
1                    J. HOUSE
2              MR. SEIDENFELD:  Objection.
3        Q.    Do you remember the name of
4    that resident?
5        A.    Santana something.
6        Q.    Okay.
7        A.    That was his last name or his
8    first name, Santana.
9        Q.    Okay.  And had Santana been in
10   the same room for you for some period of
11   time?
12       A.    For a couple of months.
13       Q.    Okay.  Do you remember what
14   time of day this was?
15       A.    This was in the morning after
16   breakfast.
17       Q.    Okay.  And why were you smoking
18   K2 in the bathroom?
19       A.    Something I did.  Like, it was
20   something I did.  I didn't used to.  I
21   started -- well, I started again in -- in
22   Ready, Willing and Able because I quit, and
23   then I started again while I was at Ready,
24   Willing and Able.
25              THE COURT REPORTER:  Ready,
```

```
 1                    J. HOUSE

 2            Willing and Able?

 3                 THE WITNESS:  Ready, Willing

 4             and Able.

 5            Q.    What is Ready, Willing and

 6      Able?

 7            A.    That's The Doe Fund.

 8            Q.    Okay.  How long did Mr. Cooper

 9      stay in the room, if you recall?

10            A.    Five or ten minutes.

11            Q.    Total?

12            A.    I believe he was at -- yeah,

13      five or ten minutes.

14            Q.    And how is it that he left?

15            A.    He just walked out like he

16      didn't even do nothing.  He just walked

17      out.

18            Q.    Did -- what happened after he

19      left the room?

20            A.    Me and Santana started talking

21      about what this dude did to us.  You know

22      what I mean?  We were saying we were going

23      to go to the police and tell the police and

24      we want to tell Thomas Perry and -- and the

25      next day came, and he didn't want to go to
```

```
 1                    J. HOUSE

 2    the police, and so I was the only one that

 3    went to the police.

 4         Q.   How did the -- the contact

 5    that -- well, how did the touching -- Mr.

 6    Cooper's touching, how did that make you

 7    feel in that moment?

 8         A.   Well, aggravated, like -- and

 9    shocked.  You know what I mean?  That was

10    it.  I was shocked and aggravated, man.

11         Q.   Why were you shocked?

12         A.   Because I couldn't believe that

13    he's a counselor.  You know what I mean?

14    He's a house manager of The Doe Fund, of --

15    you know what I mean?  His responsibility

16    is much -- you know what I mean?  Like, he

17    has a lot of responsibilities, and I didn't

18    expect him to do nothing like that, man.

19         Q.   How did you interpret his

20    touching?

21              MR. SEIDENFELD:  Objection.

22              MR. BARTOLOMEO:  Objection.

23         A.   Sexual.

24         Q.   What makes you say that?

25         A.   Just the way he did it, man.
```

```
1                      J. HOUSE
2     It was like sexual, man.  Like, he was
3     trying to just -- he was trying to see what
4     I would do or see what I would say or
5     something like that.  I don't know, man.
6     But it was sexual intent.  Like, you know?
7          Q.    Okay.  Were you -- describe --
8     well, you said you were in bed --
9          A.    Mm-hmm.
10          Q.    -- after this hap -- when this
11     happened.
12                Were you able to sleep after
13     this happened?
14          A.    Yeah, I couldn't sleep, man.
15     It was -- it was running through my head.
16     It just kept playing over and over again in
17     my head.  You know what I mean?  I tried to
18     talk to Santana about this, and then I
19     think he liked it.  You know what I mean?
20     That's why he didn't want to say nothing.
21     Or I don't know what his problem was, man.
22     But I know I had a hard time sleeping for
23     the next couple of nights.  You know what I
24     mean?
25          Q.    Could you see what Mr. Cooper
```

```
 1                    J. HOUSE

 2    was doing with Mr. Santana?

 3         A.    No.  I couldn't see what he was

 4    doing.  You know what I mean?  But he said

 5    he was doing the same thing to him.

 6         Q.    Did you -- did you report this

 7    to anybody at The Doe Fund?

 8         A.    Yes, I did.  Thomas Perry.

 9         Q.    When did you report this to Mr.

10    Thomas Perry?

11         A.    The next day.

12         Q.    And Mr. Thomas Perry's role at

13    The Doe Fund is what?

14         A.    Like a supervisor or a

15    superintendent, the warden, something like

16    that.

17         Q.    Okay.  And what do you recall

18    about reporting this to Mr. Thomas Perry?

19         A.    I remember him telling me to

20    come in -- in his office.  It was a room

21    like this, a big room with a round table in

22    the middle.  And I sat on one end of the

23    table, and he sat on the other end.  And I

24    told him what he did.  You know what I

25    mean?  But it was like I told him nothing.
```

```
 1                    J. HOUSE

 2    He just kept -- something about me smoking

 3    K2, I'm on the verge of this, I'm on the

 4    verge of that, and that was it.  You know?

 5         Q.    Did you go into detail with

 6    respect to what Mr. Cooper did?

 7         A.    Yes, I did.

 8         Q.    Can -- do you remember the

 9    words you used when you talked with Mr.

10    Perry?

11         A.    No.  I don't remember the words

12    I used, but I'm sure they was -- you know

13    what I mean?  They were how I feel right

14    now.  Like, it was aggravated.  Like, the

15    words I used was aggravation.  Like, you

16    know?

17         Q.    What did -- did you ask Mr.

18    Perry to take some action?

19         A.    I don't think I asked him.  I

20    don't think I asked him.

21         Q.    Did you have some sort of

22    expectation as to what The Doe Fund would

23    do?

24         A.    I thought he would go to jail.

25    I thought he would go to jail, and he
```

```
 1                      J. HOUSE

 2      didn't.

 3           Q.    What did you want The Doe Fund

 4      to do?

 5           A.    Arrest him, send him to jail.

 6      Like, send him to jail, man.  That's where

 7      he needs to be, in jail.  He don't need to

 8      be around anybody like that and getting

 9      touched like that.  It was too much power

10      for him because he just walked into

11      anybody's room at any time he wanted, and

12      that was too much power for him, man.

13           Q.    Okay.  When Mr. Perry didn't

14      take the action that you wanted him to

15      take, what did you do next?

16           A.    Smoked K --

17                 MR. SEIDENFELD:  Objection.

18           A.    -- smoked K2 until I left.

19           Q.    Did you report it to anybody

20      else?

21           A.    No.  To the police.

22           Q.    Okay.

23           A.    I told the police.

24           Q.    So tell us about how you

25      brought the police into this.
```

```
 1                    J. HOUSE

 2        A.    Well, I remember they came,

 3   they picked me up in front of The Doe Fund,

 4   and I remember them asking me, like, what

 5   was I waiting there for.  And I said, the

 6   police.  And they told -- and they asked me

 7   what happened, and I told them what

 8   happened.  And the police came, took me to

 9   the station, gave them my -- gave them my

10   report, and they brought me back.

11        Q.    Did you call the police on your

12   own phone?

13        A.    Yes, I did.

14        Q.    And how did you know which

15   police station to call?

16        A.    I just -- 911.

17        Q.    Okay.  And how long did you

18   wait for the police?

19        A.    I don't remember, but a couple

20   of minutes.  I don't remember.

21        Q.    Okay.  And when you said you

22   were waiting out front and it seemed like

23   you were telling some people you were

24   waiting for the police --

25        A.    Yeah.
```

```
 1                    J. HOUSE

 2         Q.    -- who was that you were

 3    talking with?

 4              MR. SEIDENFELD:  Objection.

 5         A.    Security.

 6         Q.    It's okay.

 7         A.    Security.

 8         Q.    Security?

 9         A.    Yeah.

10         Q.    And is there one security guard

11    you're referring to, or multiple security

12    people?

13         A.    Well, I was cool with all of

14    the security staff, but there was one -- a

15    guy my age or a little younger that I used

16    to talk to the most.  I don't remember his

17    name.  I think his name was John or

18    something like that.  I don't remember his

19    name, but I talked to him the most.

20         Q.    Okay.  Was John there that

21    day --

22         A.    Yeah.

23         Q.    -- when you were waiting for

24    the police?

25         A.    Yes.
```

```
 1                    J. HOUSE

 2        Q.    Okay.  And just to clarify, did

 3    the police take a statement while you were

 4    at The Doe Fund, or did --

 5        A.    They took two statements.

 6              MR. SEIDENFELD:  Objection.

 7        Q.    Okay.  Okay.  Go -- describe

 8    again the process of giving a statement to

 9    the police about Mr. Cooper.

10        A.    Which time?

11        Q.    I -- I want to make sure I

12    understand --

13        A.    Okay.

14        Q.    -- what happened.

15        A.    They took -- when they came --

16        Q.    The police came.

17        A.    When the police came, they --

18    we met in a room.

19        Q.    At The Doe Fund?

20        A.    At -- at The Doe Fund.  We met

21    in the room, and I told them what happened,

22    and then I told them how it happened, and

23    then I went to the police station.  They

24    came and got me.  They took me in -- a lady

25    took down what happened again, and then
```

```
 1                    J. HOUSE
 2    they brought me back.
 3         Q.    Was that on the same day that
 4    you went to the police station?
 5         A.    Yes.
 6         Q.    Okay.
 7         A.    Yes.
 8         Q.    And did you ever speak with the
 9    police about this again?
10         A.    I think one or two more times.
11         Q.    And how did that come about?
12         A.    Same thing Thomas Perry did,
13    nothing.  They didn't do nothing.  They
14    acted like they was, but they didn't do
15    nothing.
16         Q.    Did you go to the police
17    station again, or did the police come to
18    The Doe Fund again?
19         A.    No.  They came -- they came
20    to -- to The Doe Fund.
21         Q.    How is it that they came -- how
22    is it that the police came to The Doe Fund
23    again?
24         A.    First of all, they were always
25    around that area anyway because they were
```

```
 1                    J. HOUSE
 2   called there a lot.  And, yeah, like, they
 3   were always in that area, and that's it.
 4   Yeah.
 5        Q.    But I'm trying to understand.
 6   Would a police officer come to talk with
 7   you specifically about your --
 8        A.    Yes, about that.  Exactly.
 9        Q.    Okay.  What do you remember
10   about that?
11        A.    Well, I remember telling them
12   there was two -- they wasn't playing.  They
13   was -- had on uniforms.  Two uniform cops
14   came and talked to me in the other room.
15   And then when I went to the police station,
16   I gave my statement to a lady sitting down
17   at a desk.
18        Q.    Okay.  But it sounded --
19   forgive me if I'm mis -- mishearing what
20   you're saying, but it sounded like after
21   you -- after you went to the police station
22   --
23        A.    Mm-hmm.
24        Q.    -- and gave a report --
25        A.    Mm-hmm.
```

```
 1                    J. HOUSE

 2        Q.    -- you went back to The Doe

 3   Fund.

 4        A.    Mm-hmm.

 5        Q.    And it sounded like another

 6   police officer came to The Doe Fund --

 7        A.    No.

 8        Q.    -- and talked with you?  No?

 9             MR. SEIDENFELD:  Objection.

10             MR. BARTOLOMEO:  Objection.

11        Q.    No.  That's -- okay.  I just

12   wasn't sure if I understood.

13        A.    Yeah.

14        Q.    Okay.  Now, did -- did you see

15   Mr. Cooper again after he touched you?

16        A.    Yeah.

17             MR. SEIDENFELD:  Objection.

18        A.    Yes.

19        Q.    When -- when did you see him

20   again?

21        A.    I think later on that week or

22   something like that.  You know, we met

23   passing each other in the hallways.

24        Q.    How did you feel being around

25   him?
```

```
 1                    J. HOUSE
 2        A.    Well, it pissed me off that he
 3   was still working there.  It pissed me off.
 4        Q.    Did you ever talk to anybody
 5   else at The Doe Fund about what happened
 6   other than Mr. Perry?
 7        A.    Well, after I left The Doe
 8   Fund?
 9        Q.    No.  While you're still at The
10   Doe Fund.
11        A.    Well, a guy named Mike, my man.
12   A guy named Mike, I told him about it too.
13        Q.    And this is while you were at
14   The Doe Fund?
15        A.    Yes.
16        Q.    Okay.  Do you remember Mike's
17   last name?
18        A.    Mackentire.
19        Q.    Mackentire.
20              And what did Mike Mackentire do
21   at The Doe Fund?
22        A.    He did the same thing I did.
23   He just -- he was paroled there.  He was --
24   you know what I mean?  But --
25        Q.    Okay.
```

```
 1                    J. HOUSE

 2       A.    -- he did mostly the same thing

 3   I did.

 4       Q.    Okay.  And you actually told

 5   him what had happened with --

 6       A.    Yes.

 7       Q.    -- Mr. Cooper?

 8             Okay.  Now, did a time come

 9   where you left The Doe Fund?

10       A.    Yes.

11       Q.    Okay.  How much time lapsed

12   between what happened with Mr. Cooper in

13   your room and you leaving The Doe Fund?

14       A.    Couple of weeks.

15       Q.    Couple of weeks?

16       A.    Yeah.

17       Q.    What -- how is it that you

18   ended up leaving The Doe Fund?

19       A.    Because they wanted to move me

20   somewhere, and I didn't know why they

21   wanted to move me.  It wasn't like I was

22   fired or anything.  So I didn't want to go.

23   And I went to my cousin's house instead.

24       Q.    How did they describe this

25   sending you someplace else?  What -- what
```

```
 1                    J. HOUSE
 2     -- what did that -- how did they describe
 3     that to you?
 4          A.    They didn't --
 5                MR. SEIDENFELD:  Objection.
 6          A.    -- describe it.  They just
 7     described it as like pack up, and that was
 8     it.
 9          Q.    Did they tell you where'd you
10     be going?
11          A.    No.
12          Q.    Did they tell you how long
13     you'd be going?
14          A.    No, uh-uh.
15          Q.    How is it that you didn't want
16     to go?
17          A.    Because --
18                MR. SEIDENFELD:  Objection.
19          A.    Well, because that was the -- I
20     didn't want to go to another shelter.  I
21     was already in The Doe Fund, and I didn't
22     want to go to no other shelter.  I didn't
23     want to be in the shelter I was in, but
24     they were making me move for some reason.
25          Q.    Do you know if it was going to
```

```
1                    J. HOUSE

2    be a Doe Fund shelter?

3         A.    No.

4         Q.    You don't know that?

5         A.    No.

6         Q.    Did they tell you how you were

7    going to get to this other shelter?

8              MR. SEIDENFELD:  Objection.

9         A.    No.  But they had a driver out

10   in the front.  They had a driver out in the

11   front.

12        Q.    Were you the only person told

13   that you needed to go to a different

14   shelter that day?

15             MR. SEIDENFELD:  Objection.

16        A.    Yeah.

17        Q.    How do -- and how do you know

18   you were the only person told you had to go

19   to another shelter that day?

20             MR. SEIDENFELD:  Objection.

21        A.    I was the only one out there

22   waiting for the -- waiting for the driver

23   or the bus or something.  I was the only

24   one.  So I went home.  I went to where I

25   used to live at before.
```

```
 1                    J. HOUSE
 2        Q.    Where was that?
 3        A.    In Brooklyn, Cypress Projects.
 4        Q.    With who?
 5        A.    My cousin.
 6        Q.    Okay.  The same cousin that you
 7   were --
 8        A.    Yes.
 9        Q.    -- sleeping on his couch prior
10   to participating with The Doe Fund?
11        A.    Yes.
12        Q.    Have -- since leaving The Doe
13   Fund, have you talked with anybody about --
14   anybody from The Doe Fund?  So after
15   leaving The Doe Fund, have you spoken with
16   anybody from The Doe Fund about what
17   happened with Mr. Cooper?
18             MR. SEIDENFELD:  Objection.
19             MR. BARTOLOMEO:  Objection.
20        A.    Well, no.  No.  I seen a guy
21   that was -- after I got -- I was going to
22   visit my brother up north in prison, and I
23   was walking down 125th Street, one of those
24   blocks, and I seen a person I was in The
25   Doe Fund with.  He remembered me, but I
```

```
 1                    J. HOUSE

 2    didn't remember him.  And I asked him was

 3    Cooper still there, and he said no, he got

 4    caught doing something to somebody, to a

 5    white guy, and they fired him.

 6          Q.    Do you remember this man's

 7    name?

 8          A.    I don't.  I swear I don't.

 9          Q.    Why did you feel the need to

10    ask about Mr. Cooper?

11          A.    Because I wanted to see if he

12    still was in the same position he was when

13    I left.

14          Q.    Do you remember when this was

15    that you talked with this gentleman?

16          A.    No.  I don't remember.  It

17    was -- I don't remember when it was.  It

18    was -- I was going up to see my -- my

19    brother, so it was in -- in like the fall.

20          Q.    Of what year?

21          A.    Of 2013, it had to be.  Like --

22          Q.    So --

23          A.    -- 2013, '14, something like

24    that.

25          Q.    -- how much time approximately
```

```
 1                     J. HOUSE
 2   lapsed between you leaving The Doe Fund and
 3   talking to this gentleman about Mr. Cooper?
 4        A.    Like about six months.
 5        Q.    Okay.  How has Mr. Cooper's
 6   touching affected you?
 7             MR. SEIDENFELD:  Objection.
 8             MR. BARTOLOMEO:  Objection.
 9        A.    I think just that -- well --
10   well, honestly, no one has ever gave me
11   the -- the type of -- no one has given me
12   the -- the -- I don't get the feeling that
13   Mr. Cooper used to give me.  Like, I don't
14   feel anything -- Cooper was -- I didn't
15   feel like there was anyone -- anyone there
16   was -- is preying on me.  That's what I
17   wanted to say, like preying on me because
18   that's -- it felt like he was preying on
19   me, so I haven't felt that way since The
20   Doe Fund.
21        Q.    How -- how did -- did his
22   touching affect you psychologically?
23             MR. SEIDENFELD:  Objection.
24        A.    Anger, mostly.  Just angry when
25   I think of that.  Just angry.  It just
```

```
 1                    J. HOUSE

 2   pisses me off every time I think of that.

 3        Q.    And it makes you angry why?

 4        A.    Because he -- he violated me,

 5   man.  Like, he -- he came and he violated

 6   me.  Like, he was preying on me, preying on

 7   me, waiting for me to get high and then --

 8   waiting for me to get high, and then he

 9   would come in the room and try to take

10   advantage of me.

11        Q.    Why do you say waiting for you

12   to get high?

13        A.    Because he knew I smoked K2,

14   first of all.  And K2 wasn't a part of --

15   they didn't like people that smoked K2.

16   And so the bathroom had a camera in it.

17   You know what I mean?  I mean the -- the

18   hallway had a camera in it, and it's -- the

19   bathroom was right across from my room.  So

20   he came up there right after I come out

21   from smoking K2.  You know?  And I'm laying

22   down there.  It felt like he was -- I -- I

23   -- I -- I don't know, but it felt like he

24   was watching and waiting.

25        Q.    How does K2 make you feel?
```

```
 1                    J. HOUSE

 2    possession of crack, were you selling or

 3    using or something else?

 4         A.    I was selling and using.  But

 5    at the time, I was arrested for just

 6    selling.

 7         Q.    And can you recall how much

 8    crack you had on you at that time?

 9         A.    I don't know.

10         Q.    And what was the -- withdrawn.

11               Did you plea -- take a plea, or

12    did you stand trial for that arrest?

13         A.    I took a plea.

14         Q.    And what did you plea to?

15         A.    Guilty.

16         Q.    And for -- what was the

17    sentencing?

18         A.    It was -- it was a joint

19    sentence.  It was a -- because I got

20    arrested for a gun that time also, and they

21    tacked the gun on.  It was seven years.

22         Q.    Seven years in total for both

23    crimes; is that correct?

24         A.    Yeah.  Six or seven years.

25         Q.    And did you serve all of that
```

```
 1                    J. HOUSE

 2    time?

 3         A.    Yes, I did.

 4         Q.    And where did you serve that

 5    time?

 6         A.    Oh, in Auburn, Elmira, Green

 7    Haven, Clinton, and that's it.

 8         Q.    And I believe that you said

 9    that you had used crack, but you weren't

10    using crack when you were arrested; is that

11    correct?

12         A.    Yes.

13         Q.    Do you mean that to -- do you

14    mean by saying that that you were not under

15    the influence of crack at the time that you

16    were arrested?

17         A.    What do you mean?

18         Q.    Why don't you -- withdrawn.

19              Why don't you explain to me

20    what you meant by that you weren't using

21    crack at that time.

22         A.    I -- I don't recall saying

23    that, but I wasn't using crack when I got

24    arrested.

25         Q.    When you say you weren't using
```

```
 1                    J. HOUSE

 2     been affiliated with any gang?

 3          A.    No.

 4          Q.    And when was the next time

 5     after your release in 1997 that you were

 6     convicted or otherwise charged with a

 7     crime?

 8          A.    Two years later, 1999.

 9          Q.    Okay.  And what were you

10     charged with at that time?

11          A.    Possession of a gun.

12          Q.    Were there any drug charges

13     that were affiliated at that time?

14          A.    No.

15          Q.    And what kind of gun did you

16     have at that time?

17          A.    380.

18          Q.    Is that a handgun?

19          A.    Yes, it is.

20          Q.    And did you -- withdrawn.

21                Were you on parole at the time

22     that you were caught with this gun?

23          A.    Yes, I was.

24          Q.    And was this considered a

25     parole violation?
```

```
1                    J. HOUSE

2       the room.  It was the last bed on the right

3       side -- on the left side, rather.  So

4       that's how I knew it was mine.

5            Q.    And you said that Mr. Cooper

6       then placed it down on your genitals; is

7       that correct?

8            A.    Yes, he did.

9            Q.    And that -- when he picked it

10      up, that's when his hand touched you; is

11      that correct?

12           A.    Yes.  It touched me the first

13      time, but it was more prevalent the second

14      time.

15           Q.    And when you say --

16           A.    When he took the paper off, he

17      put his knuckles into it or something like

18      that, man.

19           Q.    Is it possible that it was

20      accidental?

21           A.    I don't think so.

22           Q.    Why don't you think so?

23           A.    I'm just -- first of all,

24      right, who places a piece of paper on your

25      genitals?
```

```
1                     J. HOUSE
2              Second, why would you have to
3    take -- I mean, you gave me no instructions
4    about the paper.  Why would you have to
5    take the paper off my genitals?
6         Q.   Where was your DVD player at
7    the time?
8         A.   On the side of my bed.  On my
9    bed with me but on the side right here
10   (Indicating.)
11        Q.   And were you -- you were laying
12   flat on your back watching the DVD player
13   that was on your side --
14        A.   Yes, I was.
15        Q.   -- is that correct?
16        A.   Yes, I was.
17        Q.   So he places this piece of
18   paper on your genitals, and then you said
19   when he went to pick it up, he had touched
20   you again; is that correct?
21        A.   Mm-hmm.
22        Q.   And just so I'm clear on why
23   you said it was in -- withdrawn.
24              I don't think you -- you really
25   answered the question as to what made you
```

1                    J. HOUSE

2    believe that it was not accidental, so

3    could you just clarify for me?

4              MS. GIORGIO:  Objection.

5         Q.    You can go ahead and answer.

6         A.    First of all, the nature of the

7    conversation, whatever conversation he had,

8    it -- it wasn't -- scratch that.  Scrap

9    that.

10             THE VIDEOGRAPHER:  The

11        microphone.

12             MS. GIORGIO:  The microphone,

13        Mr. House.

14        A.    Oh, okay.

15             Well, because there was no

16   reason to put the piece of paper on me in

17   the first place.  If -- you know what I

18   mean?  Like, there was no reason to put the

19   piece of paper on me, and there was no

20   reason to take the piece of paper off of

21   me.  Like, who does that?

22        Q.    So just based on his placing a

23   piece of paper on you, you're assuming that

24   it was intentional; is that correct?

25             MS. GIORGIO:  Objection.

```
 1                    J. HOUSE

 2         Q.    You can go ahead and answer.

 3         A.    Yes.

 4         Q.    And what kind of bed --

 5   withdrawn.

 6               How big is the bed that you had

 7   at The Doe Fund?

 8         A.    A regular twin size.

 9         Q.    Earlier you stated that you

10   reported this alleged incident with Mr.

11   Cooper to the police; is that correct?

12         A.    Yes, I did.

13         Q.    When you gave your report to

14   the police, did you tell them that you were

15   high?

16         A.    Yeah.

17               MS. GIORGIO:  Wait.

18         A.    Well --

19         Q.    You can answer.  She --

20               MS. GIORGIO:  Wait.  The

21          question's very --

22         Q.    When you told -- made your

23   report to the police, did you tell them

24   that you were high?

25               MS. GIORGIO:  At the time he's
```

1                    J. HOUSE

2        Q.    Okay.  So was he in a -- where

3    was he?

4        A.    He was I think on the far side

5    of the room, but we in a room together

6    because he had on his uniform, his security

7    uniform.

8        Q.    Santana did?

9        A.    Yes.

10       Q.    Security uniform for what?

11       A.    He was working security.

12       Q.    What --

13       A.    For The Doe Fund.

14       Q.    Okay.  When you say working

15   security, what do you mean?

16       A.    I mean he had a job in

17   security.  Security hired him.

18       Q.    Do you know if he was still a

19   participant in the Ready, Willing and Able

20   program at that time?

21       A.    Yes, he was.  He was still in

22   my room.

23       Q.    And how do you know that -- so

24   you know he was -- but do you know if he

25   was in the Ready, Willing and Able program?

1                      J. HOUSE

2          A.    Yes, he was.  Oh.  Actually, I

3     don't know if he was in the Ready, Willing

4     and Able program.  But I'm assuming that he

5     was because he worked with me, and then he

6     got switched to --

7               THE COURT REPORTER:  He worked

8          with you?

9          A.    Yeah, he worked with me.  He

10    had a different route he used to go on, but

11    we used to work together, and then he got

12    switched to security.  That's how I know.

13         Q.    Okay.  But you don't know if

14    when he was switched to security if he was

15    still on the Ready -- all you know --

16    strike that.

17              All you know is that when he

18    was switched to security or when he started

19    -- when he was in security -- strike that.

20              All you know is that when he

21    was in security that he was in the shelter.

22    You don't know if he was still part of the

23    Ready, Willing and Able program?

24         A.    Yes.

25         Q.    And you said you didn't hear