

# The Doe Fund, Inc.

Fax: (718) 622-0877
Office: (718) 628-3231

To: Whom It May Concern
From: Dashiell Porter, Case Mgr
Date: June 27, 2016

Re: Gregory Brooks
S. S. # 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

Please allow this letter to verify the above referenced client is a resident here at the Ready, Willing, and Able Men's Shelter facility located at 520 Gates Avenue Brooklyn, NY 11216. Mr. Brooks will be on in-house assignment from 8:00 am – 3:00 pm for the first 21 – 30 days of his acclimation process.

Client has been a resident at the 520 Gates Avenue facility as of June 27, 2016 until present. RWA is a residential employment assistance program shelter dedicated to assisting homeless individuals in achieving employment and independent living. We have a drug-free policy for all participants. Comprehensive services include; employment assistance, social service (in addition to individual case management), alcohol and/or substance abuse services that include support groups, urine monitoring, crisis intervention and referral for individuals to meet any immediate needs.

Should you require any additional information, please feel free to contact me at the above listed number.

Sincerely,

Dashiell Porter - Case Manager,
B.S.; CASAC-T; Fgrprt Tech; FSC; Per Diem HSE Mgr.

```
AM-   092000 200000      0000330001   1
```

DOE FUND (1099)

# Earnings Statement

![ADP]

| | |
|---|---|
| Period Beginning: | 08/07/2016 |
| Period Ending: | 08/13/2016 |
| Pay Date: | 08/18/2016 |

00000000001

GREGORY BROOKS
520 GATES AVE.
BROOKLYN NY 11216

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  NY:       0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.2000 | 30.00 | 276.00 | 1,274.40 |
| **Gross Pay** | | | **$276.00** | 1,274.40 |

| Deductions | Other | | |
|---|---|---|---|
| | Room & Board | -124.00 | 496.00 |
| | Savings | -32.00 | 128.00 |
| | **Net Pay** | **$120.00** | |
| | Compdata | -120.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Savings | | 128.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

© 1998, 2006 ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

DOE FUND (1099)

| | |
|---|---|
| Advice number: | 00000330001 |
| Pay date: | 08/18/2016 |

**THIS IS NOT A CHECK**

Deposited to the account of
GREGORY BROOKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5602 | xxxx xxxx | $120.00 |

**NON-NEGOTIABLE VOID**

**NON-NEGOTIABLE**

BROOKS 000020

CO E0520 DEPT CLOCK VCHR. NO. 990
AM- 092000 200000    0000310001   1

*DOE FUND (1099)*

**Earnings Statement**

ADP

Period Beginning: 07/24/2016
Period Ending: 07/30/2016
Pay Date: 08/04/2016

00000000001
GREGORY BROOKS
520 GATES AVE
BROOKLYN NY 11216

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.2000 | 31.50 | 289.80 | 694.80 |
| Gross Pay | | | $289.80 | 694.80 |

| Deductions | Other | | |
|---|---|---|---|
| | Room & Board | -124.00 | 248.00 |
| | Savings | -32.00 | 64.00 |
| Net Pay | | $133.80 | |
| | Compdata | -133.80 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Savings | | 64.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC

◆ VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM ◆

DOE FUND (1099)

Advice number: 00000310001
Pay date: 08/04/2016

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGORY BROOKS | xxxxx5602 | xxxx xxxx | $133.80 |

**NON-NEGOTIABLE VOID**

NON-NEGOTIABLE

BROOKS 000021

```
CO.    FILE  DEPT.  CLOCK  VCHR. NO.
AM-    092000 200000        0000300001   1
```

DOE FUND (1099)

**Earnings Statement**  ADP

Period Beginning: 07/17/2016
Period Ending: 07/23/2016
Pay Date: 07/28/2016

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   NY: 0

00000000001
GREGORY BROOKS
520 GATES AVE.
BROOKLYN NY 11216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.2000 | 37.50 | 345.00 | 405.00 |
| **Gross Pay** | | | **$345.00** | 405.00 |

| Deductions | Other | | | |
|---|---|---|---|---|
| | Room & Board | | -124.00 | 124.00 |
| | Savings | | -32.00 | 32.00 |
| **Net Pay** | | | **$189.00** | |
| | Compdata | | -189.00 | |
| **Net Check** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Savings | | 32.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

▼ TEAR HERE

---

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

DOE FUND (1099)

Advice number: 00000300001
Pay date: 07/28/2016

Deposited to the account of
GREGORY BROOKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5602 | xxxx xxxx | $189.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE VOID**

**NON-NEGOTIABLE**

BROOKS 000022

| CO. FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|
| AM- 092000 | 204000 | | 0000033202 | 1 |

**Earnings Statement**

ADP

DOE FUND (1099)

Period Beginning: 07/03/2016  
Period Ending: 07/09/2016  
Pay Date: 07/14/2016

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 0  
  NY: 0

GREGORY BROOKS  
520 GATES AVE.  
BROOKLYN NY 11216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.00 | | 30.00 | 30.00 |
| Gross Pay | | | $30.00 | 30.00 |
| Net Pay | | | $30.00 | |
| Net Check | | | $30.00 | |

**Important Notes**  
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

© 1998, 2006 ADP, LLC All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, LLC

◊ VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM ◊

DOE FUND (1099)

Payroll check number: 0000033202  
Pay date: 07/14/2016

Pay to the order of: GREGORY BROOKS

This amount: THIRTY AND 00/100 DOLLARS     $30.00

THIS IS NOT A CHECK  
THIS IS NOT A CHECK  
THIS IS NOT A CHECK  
THIS IS NOT A CHECK  
THIS IS NOT A CHECK

**\*\*NON-NEGOTIABLE VOID\*\***

BROOKS 000023

Customer ID: 74485
Card/Employee Number: 1681336535
056605602 BROOKS,G.
Date and Range: 160101 - 160830
Complete

NEXT BOTTOM

* Select Dispute to go to the Online Claim form for the transaction.

| | Date | Time | Ref Number | Location | Amount | Charges | | Balance | Reference Data | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | 07/28/16 | 05:00 | 680006605 | LOAD | 189.00 | 0.20 | P | 000189.00 | BANK LOAD | LOAD |
| Dispute | 08/03/16 | 16:26 | 030719068 | AT900 | 61.50- | 0.00 | | 000127.50 | | CASH |
| | 08/04/16 | 05:00 | 440006721 | LOAD | 133.80 | 0.20 | P | 000261.30 | BANK LOAD | LOAD |
| Dispute | 08/06/16 | 17:24 | 060590911 | AT900 | 61.50- | 0.00 | | 000199.80 | | CASH |
| Dispute | 08/10/16 | 10:30 | 100609311 | AT900 | 61.75- | 1.95 | L | 000136.10 | | CASH |
| | 08/11/16 | 05:00 | 510006515 | LOAD | 147.60 | 0.20 | P | 000283.70 | BANK LOAD | LOAD |
| Dispute | 08/13/16 | 05:51 | 130307452 | AT900 | 202.00- | 0.00 | | 000081.70 | | CASH |
| | 08/18/16 | 05:00 | 580006301 | LOAD | 120.00 | 0.20 | P | 000201.70 | BANK LOAD | LOAD |
| | 08/25/16 | 05:00 | 650006646 | LOAD | 28.00 | 0.20 | P | 000229.70 | BANK LOAD | LOAD |

NEXT TOP
]Quoted text hidden]

BROOKS 000024



CO. FILE DEPT. CLOCK VCHR. NO. 020
AM- 092000 200000 0000330001 1

DOE FUND (1099)

**Earnings Statement**  ADP

Period Beginning: 08/07/2016
Period Ending: 08/13/2016
Pay Date: 08/18/2016

00000000001
GREGORY BROOKS
520 GATES AVE.
BROOKLYN NY 11216

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.2000 | 30.00 | 276.00 | 1,274.40 |
| Gross Pay | | | $276.00 | 1,274.40 |

| Deductions | Other | | |
|---|---|---|---|
| | Room & Board | -124.00 | 496.00 |
| | Savings | -32.00 | 128.00 |
| | Net Pay | $120.00 | |
| | Compdata | -120.00 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Savings | | 128.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

---

DOE FUND (1099)

Advice number: 00000330001
Pay date: 08/18/2016

Deposited to the account of
GREGORY BROOKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5602 | xxxx xxxx | $120.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE VOID**

**NON-NEGOTIABLE**



**Earnings Statement** — ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| AM- | 092000 | 200000 | | 0000310001 | 1 |

DOE FUND (1099)

Period Beginning: 07/24/2016
Period Ending: 07/30/2016
Pay Date: 08/04/2016

00000000001
GREGORY BROOKS
520 GATES AVE
BROOKLYN NY 11216

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.2000 | 31.50 | 289.80 | 694.80 |
| Gross Pay | | | $289.80 | 694.80 |

| Deductions | Other | | |
|---|---|---|---|
| | Room & Board | -124.00 | 248.00 |
| | Savings | -32.00 | 64.00 |
| Net Pay | | $133.80 | |
| Compdata | | -133.80 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Savings | | 64.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

© 1998, 2006 ADP, LLC All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DOE FUND (1099)

Advice number: 00000310001
Pay date: 08/04/2016

Deposited to the account of
GREGORY BROOKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5602 | xxxx xxxx | $133.80 |

**THIS IS NOT A CHECK**
**NON-NEGOTIABLE VOID**
**NON-NEGOTIABLE**

BROOKS 000026



| | | | | |
|---|---|---|---|---|
| Taxable Marital Status: Single | | | 00000000001 | |
| Exemptions/Allowances: | | | GREGORY BROOKS | |
| Federal: 0 | | | 520 GATES AVE. | |
| NY: 0 | | | BROOKLYN NY 11216 | |

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| gs | 9.2000 | 37.50 | 345.00 | 405.00 |
| | Gross Pay | | $345.00 | 405.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Savings | | 32.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

| tions | Other | | |
|---|---|---|---|
| | Room & Board | -124.00 | 124.00 |
| | Savings | -32.00 | 32.00 |
| | Net Pay | $189.00 | |
| | Compdata | -189.00 | |
| | Net Check | $0.00 | |

DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTT

DOE FUND (1099)

Advice number: 00000300001
Pay date: 07/28/2016

**THIS IS NOT A CHECK**

Deposited to the account of
GREGORY BROOKS

| account number | transit ABA | amoun |
|---|---|---|
| xxxxx5602 | XXXX XXXX | $189.0 |

**NON-NEGOTIABLE VOID**

NON-NEGOTIABLE

BROOKS 000027



| | | CO   FILE   DEPT.   CLOCK NUMBER   020 |
|---|---|---|
| | | AM- 092000 204000   0000033202  1 |

**Earnings Statement** ADP

DOE FUND (1099)

Period Beginning: 07/03/2016
Period Ending: 07/09/2016
Pay Date: 07/14/2016

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 NY: 0

GREGORY BROOKS
520 GATES AVE.
BROOKLYN NY 11216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.00 | | 30.00 | 30.00 |
| Gross Pay | | | $30.00 | 30.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 646 672 2990

Net Pay   $30.00

Net Check   $30.00

© 1998 2006 ADP, LLC All Rights Reserved

---

DOE FUND (1099)

Payroll check number: 0000033202
Pay date: 07/14/2016

Pay to the order of:  **GREGORY BROOKS**

This amount: THIRTY AND 00/100 DOLLARS                                           $30.00

THIS IS NOT A CHECK
THIS IS NOT A CHECK
THIS IS NOT A CHECK
THIS IS NOT A CHECK
THIS IS NOT A CHECK

**NON-NEGOTIABLE VOID**

BROOKS 000028



to go to the Online Claim form for the transaction.

| | Time | Ref Number | Location | Amount | Charges | | Balance | Reference D |
|---|---|---|---|---|---|---|---|---|
| 16 | 05:00 | 680006605 | LOAD | 189.00 | 0.20 | P | 000189.00 | BANK LOAD |
| 16 | 16:26 | 030719068 | AT900 | 61.50- | 0.00 | | 000127.50 | |
| 16 | 05:00 | 440006721 | LOAD | 133.80 | 0.20 | P | 000261.30 | BANK LOAD |
| 16 | 17:24 | 060590911 | AT900 | 61.50- | 0.00 | | 000199.80 | |
| 16 | 10:30 | 100609311 | AT900 | 61.75- | 1.95 | L | 000136.10 | |
| 16 | 05:00 | 510006515 | LOAD | 147.60 | 0.20 | P | 000283.70 | BANK LOA |
| 16 | 05:51 | 130307452 | AT900 | 202.00- | 0.00 | | 000081.70 | |
| 16 | 05:00 | 580006301 | LOAD | 120.00 | 0.20 | P | 000201.70 | BANK LOA |
| 16 | 05:00 | 650006646 | LOAD | 28.00 | 0.20 | P | 000229.70 | BANK LOA |

ail/u/0/?ui=2&ik=9f3bab51dc&view=pt&q=gregory%20brooks&qs=true&search=query&th=156c8415be09bdf8&siml=

BROOKS 000029