The Doe Fund                                                              Kenise Etwaru <ketwaru@doe.org>

## Sexual Harassment Complaint
19 messages

**James Washington** <jamesw@doe.org>                                      Fri, Jul 22, 2016 at 7:29 AM
To: Eunice Gilmore <egilmore@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Craig Trotta <Ctrotta@doe.org>, Elizabeth Hanson <ehanson@doe.org>

Good morning,

Attached is a complaint against Gates Dispatcher Terry Cooper from Gates trainee Gregory Brooks (TDF-53810).

I retrieved the mail from my mailbox this morning when I arrived to work at approximately 6:30am. There was a sealed envelope with my name on it labeled "URGENT".

Please see attached.

James

--
   The Doe Fund

James Washington | Director
718-628-3219 | 347-644-0792 | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"

📎 **Complaint (Gregory Brooks - TDF-53810).pdf**
    891K

**Craig Trotta** <ctrotta@doe.org>                                         Fri, Jul 22, 2016 at 7:38 AM
To: James Washington <jamesw@doe.org>
Cc: Eunice Gilmore <egilmore@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>

This is deep, Eunice and Kenise, my immediate thought is not allow him to work. Schedule the sit-down and take it from there. James can you lets us know the trainees work schedule and he should keep this confidential. I would re-assign him to work in-house until this is resolved.
Terry is off today and returns tomorrow.

I am out next week and I would ask that Sal as his immediate supervisor and Raymond on behalf on me, be part of this.

Please let me know how to proceed.
[Quoted text hidden]

--
   The Doe Fund

Craig Trotta | Senior Director of CIP Field Operations
718-628-3225 | 646-504-8335 | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"

**Eunice Gilmore** <egilmore@doe.org>                                      Fri, Jul 22, 2016 at 10:06 AM
To: Craig Trotta <ctrotta@doe.org>

Cc: Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>, James Washington <jamesw@doe.org>

As we spoke Craig - I am in agreement.

Please have Terry report to Gates on Monday - we will meet with him at 12.

Craig - Please have Raymond Jones & Sal report to Gates for 11:30am on Monday.

James - what time is Gregory due back from field? I would like to meet with him as well right after Terry.

Please do not inform Gregory that this meeting is scheduled for Monday until Monday.

Let me know if you have any questions.

If you get my response I am underground on the train and will follow up as soon I am above ground again.

Thanks
E


-Eunice

[Quoted text hidden]

---

**Craig Trotta** <ctrotta@doe.org>　　　　　　　　　　　　　　　　　　　　Fri, Jul 22, 2016 at 10:25 AM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>, James Washington <jamesw@doe.org>

Understood, I work on the coverage for dispatch and the WTP. Terry will be informed not to report to work over the weekend and he should report to Gates at 12noon on Monday 7/25. Both Sal and Raymond will report to Gates at 11:30 to meet with you prior to the sit-down
[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>　　　　　　　　　　　　　　　　　　　Fri, Jul 22, 2016 at 10:53 AM
To: Kenise Etwaru <ketwaru@doe.org>

Sorry to bother you already but depending on the conversation on Monday should I run this complaint by our attorney now or after I meet with Terry.

Thanks!

-Eunice

[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>　　　　　　　　　　　　　　　　　　　Fri, Jul 22, 2016 at 10:58 AM
To: Craig Trotta <ctrotta@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>, James Washington <jamesw@doe.org>

Thanks Craig for all of your assistance with this.

-Eunice

[Quoted text hidden]

---

**James Washington** <jamesw@doe.org>　　　　　　　　　　　　　　　　　　　Fri, Jul 22, 2016 at 11:02 AM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Craig Trotta <ctrotta@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>

Sorry guys. In a meeting with DHS. Will reach out to Gregory as soon as meeting is over.
[Quoted text hidden]

# The Doc Fund

Kenise Etwaru <ketwaru@doe.org>

## Today's Meeting at Gates
18 messages

**Kenise Etwaru** <ketwaru@doe.org>　　　　　　　　　　　　　　Mon, Jul 25, 2016 at 10:41 PM
To: Eunice Gilmore <egilmore@doe.org>, Elizabeth Hanson <ehanson@doe.org>

Hey All
What was the result?

Thanks,

Kenise Etwaru
Director of Human Resources

Sent from my iPhone

---

**Eunice Gilmore** <egilmore@doe.org>　　　　　　　　　　　　　Mon, Jul 25, 2016 at 11:29 PM
To: Kenise Etwaru <ketwaru@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

We met with both Terry and Gregory and both had a lot similar recaps of the event minus any admission of guilt of grabbing Gregory on Terrys part and sexually assaulting him. There were a few areas of question on both sides after having Gregory walk us through and Terry giving his version of the day in question. I will work on the write-up with details and Elizabeth will also contribute but we are waiting for the reveal of the video that he also claims he has that has footage of Terry sexually assaulting him. He refused to show us and said he was told by his attorney not to and that he would wait until he met with them tomorrow at 4pm to make a decision to allow us to see the video.
We thought it was strange but he said has no problem allowing us to view it. We left off that he would reach out to either Elizabeth or myself after his meeting. We will all touch base first thing again Wednesday morning.

Thanks

-Eunice

[Quoted text hidden]

---

**Kenise Etwaru** <ketwaru@doe.org>　　　　　　　　　　　　　　Tue, Jul 26, 2016 at 8:49 AM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

Were there any witnesses

Kenise Etwaru
Director of Human Resources

Sent from my iPhone
[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>　　　　　　　　　　　　　Tue, Jul 26, 2016 at 6:10 PM
To: Kenise Etwaru <ketwaru@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

No - he did bring up that a lot of the other guys have complained about Terry's comments, jokes etc he says he these trainees are complaining on tape at least 6 others - (we believe Gregory recorded them without their knowledge) he tried to play the recording but we were really interested in the one in which he was interacting with Terry.

I just started to put together the write up now. I actually got a call today from Gregory at 3:57 right before he were to meet with his attorney but nothing after.

Elizabeth - I assume he didn't reach out to you?

Thanks
~E



Eunice Gilmore | Associate Director of Human Resources
646-672-4445 | 646-481-8336 | www.rwaphiladelphia.org
Follow us: twitter | facebook | instagram

Celebrate 15 Years of Ready, Willing & Able!

[Quoted text hidden]

---

**Elizabeth Hanson** <ehanson@doe.org>  Tue, Jul 26, 2016 at 6:15 PM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>

Nope, I haven't heard from him.

[Quoted text hidden]

---

**Kenise Etwaru** <ketwaru@doe.org>  Wed, Jul 27, 2016 at 2:25 PM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

Hey-
What's the status on this?

Kenise Etwaru
Director of Human Resources

Sent from my iPhone
[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>  Wed, Jul 27, 2016 at 3:01 PM
To: Kenise Etwaru <ketwaru@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

working on it as we speak ...also no response from Gregory about the video that shows him being sexually assaulted



Eunice Gilmore | Associate Director of Human Resources
646-672-4445 | 646-481-8336 | www.rwaphiladelphia.org
Follow us: twitter | facebook | instagram

Celebrate 15 Years of Ready, Willing & Able!

[Quoted text hidden]

---

**Elizabeth Hanson** <ehanson@doe.org>  Wed, Jul 27, 2016 at 4:41 PM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>

The Porter incident from a while back is still bothering me. I reached out to Donna Harris who I think was still there at the time and asked her if she remembers an incident at Porter where a client accused a staff member of going upstairs to his room and touching his genitals. She remembered it immediately and said that she thinks the staff member the

Case 1:17-cv-03626-PKC-LB Document 82-11 Filed 05/17/19 Page 5 of 7 PageID #: 2474
CONFIDENTIAL
8/4/2016 Mail - Today's Meeting at Gates

client accused was Terry. I told her I didn't remember any of the specifics but I was trying to locate an email about the overall incident if there was one. She didn't remember anything else about it so I still can't seem to find the email. 'But........I'm not the only one that remembers the incident.
[Quoted text hidden]

--


The Doe Fund

Elizabeth Hanson | Chief Compliance Officer
646-672-4273 | 646-493-3639 | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"

---

**Eunice Gilmore** <egilmore@doe.org>  Wed, Jul 27, 2016 at 5:00 PM
To: Elizabeth Hanson <ehanson@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>

Just seeing this one - I read the emails out of order...but the reason my search didn't yield anything earlier is because I saw his name was misspelled in the subject.

Thanks again!

Ready Willing & Able | Philadelphia

Eunice Gilmore | Associate Director of Human Resources
646-672-4445 | 646-481-8336 | www.rwaphiladelphia.org
Follow us: twitter | facebook | instagram

Celebrate 15 Years of Ready, Willing & Able!

[Quoted text hidden]

---

**Elizabeth Hanson** <ehanson@doe.org>  Wed, Jul 27, 2016 at 5:05 PM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>

Well.....I still can't find anything in my email so I have no idea how or why I even remembered this. And I wasn't even still working at Porter at the time. It's a good thing Nadia got tired of hearing me struggle with the many variations of searches I spent over an hour doing - including every variation of an incident including "genitals" I could think of. She looked it up in Felipe's emails and found it in 5 seconds.
[Quoted text hidden]

---

**Kenise Etwaru** <ketwaru@doe.org>  Wed, Jul 27, 2016 at 10:58 PM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

Is this completed? Anyone heard from Gregory?

Kenise Etwaru
Director of Human Resources

Sent from my iPhone
[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>  Thu, Jul 28, 2016 at 1:45 AM
To: Elizabeth Hanson <ehanson@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>

Hey Elizabeth - I think I covered everything but please see attached and feel free to edit /revise.

Case 1:17-cv-03626-PKC-LB   Document 82-11   Filed 05/17/19   Page 6 of 7 PageID #: 2475
CONFIDENTIAL
8/4/2016                                                          Mail - Today's Meeting at Gates

Kenise, since his phone call I have not heard back from Gregory as of yet.

'I happen to speak with Terry today and informed him to remain home until he is contacted otherwise.

I will add that he stated if he should be terminated or this goes the other way he will like to basically keep a little dignity and he wouldn't want to face the men in the program so could "that" take place at 102 instead of Gates.

Thanks
~E


Ready Willing & Able | The Doe Fund

Eunice Gilmore | **Associate Director of Human Resources**
646-672-4445 | 646-481-8336 | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"
[Quoted text hidden]

📎 **InvestigationTerryCooper7.26.16.docx**
32K

---

**Elizabeth Hanson** <ehanson@doe.org>                                Thu, Jul 28, 2016 at 3:17 PM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>

Ok, great. I have two corrective action plans due tomorrow that I'm finishing up so I can send for review so as soon as I'm done this will be the next thing I work on.
[Quoted text hidden]

---

**Kenise Etwaru** <ketwaru@doe.org>                                   Thu, Jul 28, 2016 at 3:41 PM
To: Elizabeth Hanson <ehanson@doe.org>
Cc: Eunice Gilmore <egilmore@doe.org>

Ok thanks

Kenise Etwaru
Director of Human Resources

Sent from my iPhone
[Quoted text hidden]

---

**Elizabeth Hanson** <ehanson@doe.org>                                Fri, Jul 29, 2016 at 10:07 AM
To: Kenise Etwaru <ketwaru@doe.org>
Cc: Eunice Gilmore <egilmore@doe.org>

I reviewed this and had only a few comments to add from my notes of the meetings (attached). Otherwise, I think it's pretty accurate.
[Quoted text hidden]

📎 **InvestigationTerryCooper7.26.16 - eh comments.docx**
33K

---

**Kenise Etwaru** <ketwaru@doe.org>                                   Fri, Jul 29, 2016 at 10:07 AM
To: Elizabeth Hanson <ehanson@doe.org>
Cc: Eunice Gilmore <egilmore@doe.org>

Ok I'll review. I'll send to Craig and when he's back on Monday... We will discuss

Kenise Etwaru
Director of Human Resources

Sent from my iPhone
[Quoted text hidden]

<InvestigationTerryCooper7.26.16 - eh comments.docx>

**Kenise Etwaru** <ketwaru@doe.org>  Fri, Jul 29, 2016 at 10:08 AM
To: ctrotta@doe.org
Cc: Elizabeth Hanson <ehanson@doe.org>

Craig please review and I'll contact you on Monday to discuss next steps

Kenise Etwaru
Director of Human Resources

Sent from my iPhone

Begin forwarded message:

> **From:** Elizabeth Hanson <ehanson@doe.org>
> **Date:** July 29, 2016 at 10:07:01 AM GMT-4
> **To:** Kenise Etwaru <ketwaru@doe.org>
> **Cc:** Eunice Gilmore <egilmore@doe.org>
> **Subject: Re: Today's Meeting at Gates**

[Quoted text hidden]

**2 attachments**


**noname.html**
1K

**InvestigationTerryCooper7.26.16 - eh comments.docx**
33K

**Craig Trotta** <ctrotta@doe.org>  Fri, Jul 29, 2016 at 10:30 AM
To: Kenise <ketwaru@doe.org>
Cc: Elizabeth Hanson <ehanson@doe.org>

Will do Kenise.

[Quoted text hidden]