9/6/2016

# Ready Willing & Able
## Client Tracking Database

Work – Gregory Brooks – Client Tracking Database

Search | Caseload | Education | Work Crews | Work-to-Pay | Reports | Help Desk | Logout

| | Intake | Event Tracking | Milestones | Education | Fatherhood | 90 Days | Annual Assessment | Case Notes | Movement | Work | Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Brooks, Gregory | | | Facility | Gates Avenue | | TIP overall | | 2.3 months | Current status | Active |
| Client ID / CARES | TDF-53810 / 1655738 | | | Program | RWA - Resident | | TIP past 2 years | | 2.3 months | Total admits | 1 |
| Age | 40 years | | | Assigned to | Dashiell Porter, CM | | TIP current admit | | 2.3 months | Current admit | 6/27/2016 |

Good morning, Barbara Hanson · Today is Tuesday, September 6, 2016

## Work-to-Pay History for Gregory Brooks

Keyword search | Search
Use this to search assignments and routes only.

Click any column header to re-sort.
Sort multiple columns simultaneously by holding down the shift key and clicking a second, third, or even fourth column header.

## Admission date: 06/27/2016

| | Week ending date | Contract grad? | TH hrs | PPA done | TH hrs after PPA | Pay rate | Su wrk | Su rte | Su hrs | Mo wrk | Mo rte | Mo hrs | Tu wrk | Tu rte | Tu hrs | We wrk | We rte | We hrs | Th wrk | Th rte | Th hrs | Fr wrk | Fr rte | Fr hrs | Sa wrk | Sa rte | Sa hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/03/2016 | | 12.0 | No | | Full - Basic | OFF | | 0.0 | PER | | 6.0 | CIP | 59th Street | 0.0 | CIP | 59th Street | 0.0 | CIP | 59th Street | 0.0 | CIP | 59th Street | 6.0 | OFF | | 0.0 |
| 2 | 08/27/2016 | | 30.0 | No | | Full - Basic | OFF | | 0.0 | CIP | Maspeth | 6.0 | CIP | Maspeth | 6.0 | CIP | C.M. Williams | 6.0 | CIP | C.M. Williams | 6.0 | CIP | Vernon LIC | 6.0 | OFF | | 0.0 |
| 3 | 08/20/2016 | | 20.0 | No | | Full - Basic | OFF | | 0.0 | CIP | 58th Street | 0.0 | CIP | Maspeth | 6.0 | CIP | 59th Street | 5.0 | CIP | 59th Street | 0.0 | CIP | Vernon LIC | 6.0 | OFF | CUS | 2.0 |
| 4 | 08/13/2016 | | 30.0 | No | | Full - Basic | OFF | | 0.0 | CIP | C.M. Williams | 6.0 | CIP | Maspeth | 6.0 | CIP | 59th Street | 6.0 | CIP | Maspeth | 6.0 | CIP | Vernon LIC | 6.0 | OFF | | 0.0 |
| 5 | 08/06/2016 | | 33.0 | No | | Full - Basic | OFF | | 0.0 | CIP | Vernon LIC | 6.0 | CIP SPE | Maspeth | 6.0 3.0 | CIP | C.M. Williams | 6.0 | CIP | Maspeth | 6.0 | CIP | Vernon LIC | 6.0 | OFF | | 0.0 |
| 6 | 07/30/2016 | | 31.5 | No | | Full - Basic | OFF | | 0.0 | SPE | | 6.0 | CIP | Myrtle Ave BID | 7.5 | CIP | Vernon LIC | 6.0 | SPE | | 6.0 | SPE | | 6.0 | OFF | | 0.0 |
| 7 | 07/23/2016 | | 37.5 | No | | Full - Basic | CIP | HRPT Median Crew | 7.5 | CIP | HRPT Median Crew | 7.5 | CIP | HRPT Median Crew | 7.5 | CIP | HRPT Median Crew | 7.5 | OFF | | 0.0 | OFF | | 0.0 | CIP | HRPT Median Crew | 7.5 |
| 8 | 07/16/2016 | | 36.0 | No | | Stipend -2 | OFF | | 0.0 | CUS | | 6.0 | CUS | | 6.0 | CUS | | 6.0 | CUS | | 6.0 | CUS CUS | | 6.0 6.0 | OFF | | 0.0 |
| 9 | 07/09/2016 | | 36.0 | No | | Stipend -2 | OFF | | 0.0 | CUS HOL | | 6.0 6.0 | CUS | | 6.0 | CUS | | 6.0 | CUS | | 6.0 | CUS | | 6.0 | OFF | | 0.0 |

TDF Data Collection Privacy Policy

https://ctdb.doe.org/work/?topNav=work&df_client_ID=TDF-53810

© 2016 The Doe Fund, Inc. All rights reserved.

EXHIBIT 5 6/9/18

TDF000026

1/1