Pay Statement: **2016 - 30 - 1**

| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | **Period Beginning Date**<br>7/17/2016 | **Pay Date**<br>7/28/2016 | **Co.**<br>AM- | **Clock** | **Home Dept**<br>200000 |
|---|---|---|---|---|---|
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | **Period Ending Date**<br>7/23/2016 | **WGPS Advance Pay Date** | **File #**<br>092000 | **Number**<br>00300001 | **Worked In Dept**<br>200000 |

| | | |
|---|---|---|
| **Gross Pay** | | $ 345.00 |
| Regular | Hours: 37.50 | $ 345.00 |
| **Taxes** | | $ 0.00 |
| **Deductions** | | $ 156.00 |
| 1 - SAVINGS | | $ 32.00 |
| 2 - Prgrm Serv Fee | | $ 124.00 |
| **Take Home** | | $ 189.00 |
| CompData | | $ 189.00 |

## Pay Statement: **2016 - 31 - 1**

| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | Period Beginning Date<br>7/24/2016 | Pay Date<br>8/4/2016 | Co.<br>AM- | Clock | Home Dept<br>200000 |
|---|---|---|---|---|---|
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | Period Ending Date<br>7/30/2016 | WGPS Advance Pay Date | File #<br>092000 | Number<br>00310001 | Worked In Dept<br>200000 |

| | | |
|---|---|---|
| **Gross Pay** | | $ 289.80 |
| Regular | Hours: 31.50 | $ 289.80 |
| **Taxes** | | $ 0.00 |
| **Deductions** | | $ 156.00 |
| 1 - SAVINGS | | $ 32.00 |
| 2 - Prgrm Serv Fee | | $ 124.00 |
| **Take Home** | ② | $ 133.80 |
| CompData | | $ 133.80 |

7/27/2017

**CONFIDENTIAL** ADP

## Pay Statement: **2016 - 32 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | **Period Beginning Date**<br>7/31/2016 | **Pay Date**<br>8/11/2016 | **Co.**<br>AM- | **Clock** | **Home Dept**<br>200000 |
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | **Period Ending Date**<br>8/6/2016 | **WGPS Advance Pay Date** | **File #**<br>092000 | **Number**<br>00320001 | **Worked In Dept**<br>200000 |

| | | |
|---|---|---|
| **Gross Pay** | | $ 303.60 |
| Regular | Hours: 33.00 | $ 303.60 |
| **Taxes** | | $ 0.00 |
| **Deductions** | | $ 156.00 |
| 1 - SAVINGS | | $ 32.00 |
| 2 - Prgrm Serv Fee | | $ 124.00 |
| **Take Home** | (3) | $ 147.60 |
| CompData | | $ 147.60 |

Pay Statement: **2016 - 33 - 1**

| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | **Period Beginning Date**<br>8/7/2016 | **Pay Date**<br>8/18/2016 | **Co.**<br>AM- | **Clock** | **Home Dept**<br>200000 |
|---|---|---|---|---|---|
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | **Period Ending Date**<br>8/13/2016 | **WGPS Advance Pay Date** | **File #**<br>092000 | **Number**<br>00330001 | **Worked In Dept**<br>200000 |

| | | |
|---|---|---|
| **Gross Pay** | | $ 276.00 |
| Regular | Hours: 30.00 | $ 276.00 |
| **Taxes** | | $ 0.00 |
| **Deductions** | | $ 156.00 |
| 1 - SAVINGS | | $ 32.00 |
| 2 - Prgrm Serv Fee | | $ 124.00 |
| **Take Home** | | $ 120.00 |
| CompData | | $ 120.00 |

7/27/2017 CONFIDENTIAL ADP

## Pay Statement: **2016 - 34 - 1**

| Doe Fund (1099) 345 East 102 Street New York, NY 10029 | Period Beginning Date 8/14/2016 | Pay Date 8/25/2016 | Co. AM- | Clock | Home Dept 200000 |
|---|---|---|---|---|---|
| Gregory Brooks 520 Gates Ave. Brooklyn, NY 11216 | Period Ending Date 8/20/2016 | WGPS Advance Pay Date | File # 092000 | Number 00340001 | Worked In Dept 200000 |

| | |
|---|---:|
| **Gross Pay** | $ 184.00 |
| Regular    Hours: 20.00 | $ 184.00 |
| **Taxes** | $ 0.00 |
| **Deductions** | $ 156.00 |
| 1 - SAVINGS | $ 32.00 |
| 2 - Prgrm Serv Fee | $ 124.00 |
| **Take Home** | $ 28.00 |
| CompData | $ 28.00 |

(5)

Pay Statement: **2016 - 35 - 1**

| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | Period Beginning Date<br>8/21/2016 | Pay Date<br>9/1/2016 | Co.<br>AM- | Clock | Home Dept<br>200000 |
|---|---|---|---|---|---|
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | Period Ending Date<br>8/27/2016 | WGPS Advance Pay Date | File #<br>092000 | Number<br>00350002 | Worked In Dept<br>200000 |

| | | |
|---|---|---|
| **Gross Pay** | | $ 276.00 |
| Regular | Hours: 30.00 | $ 276.00 |
| **Taxes** | | $ 0.00 |
| **Deductions** | | $ 156.00 |
| 1 - SAVINGS | | $ 32.00 |
| 2 - Prgrm Serv Fee | | $ 124.00 |
| **Take Home** | | $ 120.00 |
| CompData | | $ 120.00 |

7/27/2017          CONFIDENTIAL    ADP

## Pay Statement: 2016 - 36 - 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | **Period Beginning Date**<br>8/28/2016 | **Pay Date**<br>9/8/2016 | **Co.**<br>AM- | **Clock** | **Home Dept**<br>200000 | |
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | **Period Ending Date**<br>9/3/2016 | **WGPS Advance Pay Date** | **File #**<br>092000 | **Number**<br>00360002 | **Worked In Dept**<br>200000 | |

| | | |
|---|---|---|
| **Gross Pay** | | $ 110.40 |
|    Regular | Hours: 12.00 | $ 110.40 |
| **Taxes** | | $ 0.00 |
| **Deductions** | | $ 110.40 |
|    2 - Prgrm Serv Fee | | $ 110.40 |
| **Take Home** | | $ 0.00 |

7/27/2017 CONFIDENTIAL ADP

Pay Statement: **2016 - 29 - 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | **Period Beginning Date**<br>7/10/2016 | **Pay Date**<br>7/21/2016 | **Co.**<br>AM- | **Clock** | **Home Dept**<br>204000 | |
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | **Period Ending Date**<br>7/16/2016 | **WGPS Advance Pay Date** | **File #**<br>092000 | **Number**<br>00033289 | **Worked In Dept**<br>204000 | |

| | |
|---|---|
| Gross Pay | $ 30.00 |
|    Regular | $ 30.00 |
| Taxes | $ 0.00 |
| Deductions | $ 0.00 |
| Take Home | $ 30.00 |

Pay Statement: **2016 - 28 - 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Doe Fund (1099)<br>345 East 102 Street<br>New York, NY 10029 | Period Beginning Date<br>7/3/2016 | Pay Date<br>7/14/2016 | Co.<br>AM- | Clock | Home Dept<br>204000 | |
| Gregory Brooks<br>520 Gates Ave.<br>Brooklyn, NY 11216 | Period Ending Date<br>7/9/2016 | WGPS Advance Pay Date | File #<br>092000 | Number<br>00033202 | Worked In Dept<br>204000 | |

| | |
|---|---|
| Gross Pay | $ 30.00 |
|    Regular | $ 30.00 |
| Taxes | $ 0.00 |
| Deductions | $ 0.00 |
| Take Home | $ 30.00 |