TDF000142

**Ready Willing & Able**
The Doe Fund, Inc.

## COMMUNITY IMPROVEMENT PROJECT
### FIELD SCHEDULE

Gregory Brooks
**Client Name**

Friday, (07/15/16)
**Field Orientation Date**

_____
**Case Manager**

HUDSON RIVER (P.M.) Sat to Wed
**Field Supervisor**

SUNDAY, (07/17/16)
**Start Date**

### WORK SCHEDULE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 3:00 P.M. TO 11:30 P.M. | 3:00 P.M. TO 11:30 P.M. | 3:00 P.M. TO 11:30 P.M. | 3:00 P.M. TO 11:30 P.M. | OFF | OFF | 3:00 P.M. TO 11:30 P.M. |

**COMMENTS:**
Van leaves at 2:00 P.M. Please Be On Time



CONFIDENTIAL