**The Doe Fund**                         Kenise Etwaru <ketwaru@doe.org>

## Sexual Harassment Complaint
19 messages

**James Washington** <jamesw@doe.org>         Fri, Jul 22, 2016 at 7:29 AM
To: Eunice Gilmore <egilmore@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Craig Trotta <Ctrotta@doe.org>, Elizabeth Hanson <ehanson@doe.org>

Good morning,

Attached is a complaint against Gates Dispatcher Terry Cooper from Gates trainee Gregory Brooks (TDF-53810).

I retrieved the mail from my mailbox this morning when I arrived to work at approximately 6:30am. There was a sealed envelope with my name on it labeled "URGENT".

Please see attached.

James

--
 | The Doe Fund

James Washington | Director
718-628-3219 | 347-644-0792 | www.doe.org
**Follow us:** twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"

📎 **Complaint (Gregory Brooks - TDF-53810).pdf**
891K

---

**Craig Trotta** <ctrotta@doe.org>         Fri, Jul 22, 2016 at 7:38 AM
To: James Washington <jamesw@doe.org>
Cc: Eunice Gilmore <egilmore@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>

This is deep, Eunice and Kenise, my immediate thought is not allow him to work. Schedule the sit-down and take it from there. James can you lets us know the trainees work schedule and he should keep this confidential. I would re-assign him to work in-house until this is resolved.
Terry is off today and returns tomorrow.

I am out next week and I would ask that Sal as his immediate supervisor and Raymond on behalf on me, be part of this.

Please let me know how to proceed.
[Quoted text hidden]

--
 | The Doe Fund

Craig Trotta | Senior Director of CIP Field Operations
718-628-3225 | 646-504-8335 | www.doe.org
**Follow us:** twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"

---

**Eunice Gilmore** <egilmore@doe.org>         Fri, Jul 22, 2016 at 10:06 AM
To: Craig Trotta <ctrotta@doe.org>

Cc: Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>, James Washington <jamesw@doe.org>

As we spoke Craig - I am in agreement.

Please have Terry report to Gates on Monday - we will meet with him at 12.

Craig - Please have Raymond Jones & Sal report to Gates for 11:30am on Monday.

James - what time is Gregory due back from field? I would like to meet with him as well right after Terry.

Please do not inform Gregory that this meeting is scheduled for Monday until Monday.

Let me know if you have any questions.

If you get my response I am underground on the train and will follow up as soon I am above ground again.

Thanks
E


-Eunice

[Quoted text hidden]

---

**Craig Trotta** <ctrotta@doe.org>      Fri, Jul 22, 2016 at 10:25 AM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>, James Washington <jamesw@doe.org>

Understood, I work on the coverage for dispatch and the WTP. Terry will be informed not to report to work over the weekend and he should report to Gates at 12noon on Monday 7/25. Both Sal and Raymond will report to Gates at 11:30 to meet with you prior to the sit-down

[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>      Fri, Jul 22, 2016 at 10:53 AM
To: Kenise Etwaru <ketwaru@doe.org>

Sorry to bother you already but depending on the conversation on Monday should I run this complaint by our attorney now or after I meet with Terry.

Thanks!

-Eunice

[Quoted text hidden]

---

**Eunice Gilmore** <egilmore@doe.org>      Fri, Jul 22, 2016 at 10:58 AM
To: Craig Trotta <ctrotta@doe.org>
Cc: Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>, James Washington <jamesw@doe.org>

Thanks Craig for all of your assistance with this.

-Eunice

[Quoted text hidden]

---

**James Washington** <jamesw@doe.org>      Fri, Jul 22, 2016 at 11:02 AM
To: Eunice Gilmore <egilmore@doe.org>
Cc: Craig Trotta <ctrotta@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Elizabeth Hanson <ehanson@doe.org>

Sorry guys. In a meeting with DHS. Will reach out to Gregory as soon as meeting is over.

[Quoted text hidden]