CONFIDENTIAL

# The Doe Fund

**James Washington <jamesw@doe.org>**

---

## Re: Gates Avenue Trainee Out of Field Report 7/25/2016:

1 message

---

**Albert Bell** <abell@doe.org>                    Mon, Jul 25, 2016 at 6:01 PM
To: Adrena Burch <aburch@doe.org>, Alexander Hunt <ahunt@doe.org>, Anthony
Monroe <amonroe@doe.org>, Augustine Martinez <amartinez@doe.org>, Charles
Bryant <cbryant@doe.org>, Chedian Williams <cfwilliams@doe.org>, Craig Trotta
<Ctrotta@doe.org>, Dashiell Porter <dporter@doe.org>, James Washington
<jamesw@doe.org>, Jerome Wiggins <jwiggins@doe.org>, John Powell
<jpowell@doe.org>, Jovan Slater <jslater@doe.org>, KATHLEEN RAYMOND
<kraymond@doe.org>, Nadia Sadloski <nsadloski@doe.org>, O'Neill Young
<oyoung@doe.org>, Pedeche Camille <pcamille@doe.org>, Raymond Jones
<rjones@doe.org>, Ronald Holly <rholly@doe.org>, Smithson Smith
<smithsons@doe.org>, Terry Cooper <tcooper@doe.org>, Tianna Porter
<tporter@doe.org>, Timothy Matthews <tmatthews@doe.org>, Tony Bennett
<tbennett@doe.org>, Elizabeth Hanson <ehanson@doe.org>
Cc: Albert Bell <abell@doe.org>

# Ready, Willing & Able
# Trainees Out of Field Report
# Gates Ave. Facility
# Monday  July 25th 2016
# Report Generated By: Albert Bell

## Anticipated Field Count =76
DHS - **09**
RWA -**00**
DAY - **68**

## Total Out of Field =08
DHS - **00**
RWA - **00**

CONFIDENTIAL

# DAY -08

## Total In Field =68

## 86th Street

1. Benjamin Pringle (DAY) - No Call/No Show

2. Jamal Clarke (DAY) - Sick Day (unpaid)

3. Thomas Gaines (DAY) - Personal App (unpaid)

## Vernon

4. Gregory Brooks (DAYS) - Personal App. (unpaid)

5. Mark Lucas (DAY) - No Call/No Show

6. Matthew Brooks (DAY) - Sick Day (Pending Doc.)

## C.L.S.

7. Derrick Gadson (DAY) - Personal Appointment (unpaid)

## Metro-Tech

8. Timothy Johnson (DAY) - Personal App. (unpaid)



Ready Willing & Able | The Doe Fund

Albert Bell |

CONFIDENTIAL

## DAY -12

## Total In Field =62

### 59th Street

1. Rashawn Glover (DAY) - Family Emergency

2. Isaiah Hickman (DAY) - Family Emergency

3. Roderick Jones (DAY) - Late (unpaid)

### Vernon Blvd

4. Gregory Brooks (DHS) - Alternative Activity

5. Matthew Brooks (DAY) - No Call/No Show

### C.M.Treyger

6. Robert Bowman (DAY) - No Call/No Show

### Fulton Mall

7. Donald Butler (DHS) - Personal Appointment (unpaid)

8. Nagash Beiruti (DAY) No Call/No Show

9. Nat Williams (DAY) - Sick Day (pending)

### C.L.S.

10. Brent James (DAY) - Personal Day

CONFIDENTIAL

## 11. Nathaniel Franklin (DHS) - Personal Day

## C.M.Williams

## 12. Craig Stevenson (DAY) - Personal Appointment (unpaid)

## Driver(s)

## 13. Derrick Victorian (DAY) - Personal Appointment

--

 The Doe Fund

Albert Bell |
| | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

Help us provide a hand up, not a hand out to the "men in blue"

---

**Albert Bell** <abell@doe.org>                Fri, Jul 29, 2016 at 7:07 PM
To: Adrena Burch <aburch@doe.org>, Alexander Hunt <ahunt@doe.org>, Anthony
Monroe <amonroe@doe.org>, Augustine Martinez <amartinez@doe.org>, Charles
Bryant <cbryant@doe.org>, Chedian Williams <cfwilliams@doe.org>, Craig Trotta
<Ctrotta@doe.org>, Dashiell Porter <dporter@doe.org>, James Washington
<jamesw@doe.org>, Jerome Wiggins <jwiggins@doe.org>, John Powell
<jpowell@doe.org>, Jovan Slater <jslater@doe.org>, KATHLEEN RAYMOND
<kraymond@doe.org>, Nadia Sadloski <nsadloski@doe.org>, O'Neill Young
<oyoung@doe.org>, Pedeche Camille <pcamille@doe.org>, Raymond Jones
<rjones@doe.org>, Ronald Holly <rholly@doe.org>, Smithson Smith
<smithsons@doe.org>, Terry Cooper <tcooper@doe.org>, Tianna Porter
<tporter@doe.org>, Timothy Matthews <tmatthews@doe.org>, Tony Bennett
<tbennett@doe.org>, Elizabeth Hanson <ehanson@doe.org>
Cc: Albert Bell <abell@doe.org>

# Ready, Willing & Able
# Trainees Out of Field Report