## EXHIBIT A

### Only Entrance/Exit to room 29



### Narrow room space





Gregory Brooks was cornered in the room by Mr. Cooper.

Terry Cooper blocked passage way in narrow room and cornered Mr. Brooks in.

BROOKS 000075

## EXHIBIT A

### 1ST OFFICE DOOR



### 2ND OFFICE DOOR





Gregory Brooks was standing at the entrance of the 2nd office door and Mr. Cooper directed Mr. Brooks to come to the desk to look at the computer.

This is where the first assault took place.

BROOKS 000076



BROOKS 000077





BROOKS 000079



BROOKS 000080



BROOKS 000081



BROOKS 000082



BROOKS 000083



BROOKS 000084



BROOKS 000085



BROOKS 000086



BROOKS 000087