CONFIDENTIAL



The Doe Fund, Inc.

August 4, 2016

Terry Cooper
3057 Gunther Ave.
Bronx, New York 10469

Dear Mr. Cooper,

The Doe Fund has decided in the best interest of the organization to terminate your employment effective Thursday, August 04, 2016 for misconduct.

You will receive your final check on Wednesday, August 10, 2016, in which you'll be paid for 9 days (July 25th to August 4th), in addition to any accrued, unused vacation days that are owed to you according to our vacation policy.

Your medical, dental and vision benefits will end on August 31st, 2016. Information regarding how you continue these plans through COBRA will be mailed out to you. You may contact Tiana Martinez regarding the continuation of your benefits at 646-672-4462 or tmartinez@doe.org. You can contact Cynthia Herzegovitch for questions regarding your 401(k) plan at 646-672-4449.

Should you have any other questions, please contact me ketwaru@doe.org / 646-672-4444.

We wish you all the best in your future endeavors.

Sincerely,

Kemise Etwaru
Director of Human Resources

HRB: Misconduct
PR: 9 days = 63 hrs reg
vacation: 8 days
56 reg hrs

ENTERED
8/4/16 DM

TDF000180