

Peter Jay Sharp Center for Opportunity
89-111 Porter Avenue, Brooklyn, New York 11237
Telephone (718) 417 – 2500 Fax (718) 417 – 4307

Incident Number  1037-17    Side One

| Date of Report | Day of Week | Date of Incident | Time of Incident | Location of Incident | Associated Incident Numbers |
|---|---|---|---|---|---|
| 6/24/13 | Monday | 6/23/13 | around @ 12:30 pm | 3rd floor at 89 Porter Avenue | 1037-17 |

| Type of Incident | | | Complainant Member Group | Victim Member Group |
|---|---|---|---|---|
| | Theft of Property Under $250.00 | Physical Assault of Complainant | Veteran | Veteran |
| | Theft of Property ranging from $250.00 to $500.00 | Breach of Facility Rules | Criminal Justice | Criminal Justice |
| | Theft of Property over $500.00 | Curfew Violations | ☒ RWA | ✓ RWA |
| | Verbal Harassment | Fire Alarm Activation FDNY response | ☒ Staff | Staff |
| | Disorderly Conduct | NYPD Response | ☒ Other | Other |

| Complainants Name | Complaints Date of Birth | Complainants HA & Bed Number | Complainant Phone Number |
|---|---|---|---|
| Last: Cooper  First: Terry | | HA # / Bed # | Home / Beeper / Cellular / Other |

| Victims Name | Victims Date of Birth | Victims HA & Bed Number | Victims Phone Number |
|---|---|---|---|
| Last: [REDACTED]  First: | | HA # / Bed # | Home / Beeper / Cellular / Other |

| Reporters Name | Reporters Date of Birth | Reporters HA & Bed Number | Reporters Phone Number |
|---|---|---|---|
| Last: Bromfeld  First: Ladonna | 6/10/81 | HA # 5 / Bed # | Home / Beeper / Cellular / Other |

TDF000181



CONFIDENTIAL
REDACTED

Peter Jay Sharp Center for Opportunity
89-111 Porter Avenue, Brooklyn, New York 11237
Telephone (718) 417-2500 Fax (718) 417-4307

Incident Report Written Summary

Type/Write summary below

Trainee ███ reported that on Sunday 6/23/13 at approximately 12:30 pm, staff member Terry Cooper entered his room 3-121 and asked "What's up with you?" ███ said "What are you talking about?" ███ then stated that he was laying flat on his back on his bed, when Terry Cooper noticed a paper on the floor picked it up and place it on ███ genitals. ███ asked "What are your doing." ███ then claim that Terry went to pick the paper up and brush it against his genitals. ███ said he put his leg up to cover his genital when Terry put his hand on his knees. ███ asked for Terry to leave and stated seeing him do something with Trainee Constance.

███ didn't call cops because Terry was case manager on shift ███ told Amy Stenhof ███ in the morning of 10/24/13 and proceeded in calling the

TDF000182