**CONFIDENTIAL**
**REDACTED**

---------- Forwarded message ---------
From: Ladonna Bromfield <lbromfield@doe.org>
Date: Mon, Jun 24, 2013 at 4:11 PM
Subject: Incident between Terry Cooper and trainee [REDACTED] on 6/24/13
To: Kenise Etwaru <ketwaru@doe.org>, Eunice Gilmore <egilmore@doe.org>, Thomas Perry <tperry@doe.org>, Felipe Vargas <fvargas@doe.org>

Investigation conducted on 6/24/13, [REDACTED] and Jonathan Santana, Terry Copper at this time has not been interviewed as of yet due to staff being off today. (Facilitated by Ladonna Bromfield, present: John Wu and Amy Sternhel)

Parties involved:
1. Terry Cooper
2. [REDACTED]

Witnesses:
1. Jonathan Santana

Incident:

Trainee [REDACTED] reported that on Sunday, 6/23/13 at approximately 12:30 pm, staff member Terry Cooper entered trainee [REDACTED] room 3-121 and asked, "What's up with you?" Trainee [REDACTED] said, "What are you talking about." Trainee [REDACTED] then stated that as he was laying on his bed flat on his back, Terry Copper noticed a paper on the floor, picked it up and placed it on trainee [REDACTED] genitals. Trainee [REDACTED] then asked Terry, "What are you doing?" Trainee [REDACTED] stated that Terry then brushed his hands against his genitals while picking up the paper. [REDACTED] stated that Terry said, "Look at me." Trainee [REDACTED] then said he blanked out and could tell that Terry was talking but wasn't paying attention to what he was saying. Trainee [REDACTED] said he then put his leg up to cover his genitals and that Terry put his hand on his knees. Trainee [REDACTED] said, "Go ahead Cooper," meaning for Cooper to leave him alone. [REDACTED] then stated that Terry said, "Whats wrong with you? as client continued to ask him to leave him. Trainee [REDACTED] stated that Terry seemed like something was wrong with him because he kept looking around. Trainee [REDACTED] then said that Cooper went over to another clients bed(Trainee Santana) and heard conversation between the two in which he overheard trainee telling Cooper to leave him alone, [REDACTED] also stated from where he was laying he saw Cooper head going up and down. [REDACTED] allegedly stated that Sanders said, "Terry gotta stop doing that shit." At that time [REDACTED] stated that he didn't want to call the cops because Terry Cooper was the Case Manager on shift.

At 9:30 on 6/24/13, client then went to Amy Sternhel (Psychiartic Nurse) to complain about the incident. Client then spoke to myself with John Wu and Amy Sternhel present.

1

Police officers Geary and Dease showed at approximately 11:30 and took client statement and wrote up a report. Approximately 30 minutes after police officers left client was picked up by victims advocates sent over by the police to get more statements of the event.

I also met with Trainee Jonathan Santana to get his version of what took place. Santana stated that he didn't see anything between Terry and ▮▮▮ but did overhear ▮▮▮ elling Terry to "Go ahead," meaning to leave him alone. Santana also stated that when Terry came to his bed he handed him a paper touching his chest which made him feel uncomfortable and spoke to other people about it and was told that Terry was just a touch feely person. Trainee Santana also said he spoke with Cooper later on that day and told him that he doesn't like to be touched by men and that he didn't have any others problems with him and didnt feel the need to talk to the Police officers.

I spoke with ▮▮▮ case manager Lauren Pollick to get her assessment on the client. She said the client has been frustrated because of the lack of progress he has made in the program and has admitted one of the reasons being that he smokes spice.

Follow- up:
1. Meet with HR, Facility Director and parties involved to further investigate tomorrow morning at 10 am

2. Inform Terry Cooper that Detective Roman would like to speak and meet with him tomorrow morning to get his side of the events

3. Please advise on process to be taken in regards to notification of DHS

4. Process situation with Team, after review and feed back from H.R. & TDF Adm.

5. Spoke with John Wu to pull tape to see what time that Terry Cooper went into and exited clients room

Attached: Incident report and client psych evaluation
--

Ladonna Bromfield | Associate Facility Director
(718) 417-2563 | | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

» Turn chance into change. Your trip supports their journey.

CONFIDENTIAL
REDACTED

---------- Forwarded message ----------
From: **Thomas Perry** <tperry@doe.org>
Date: Tue, Jun 25, 2013 at 2:16 PM
Subject: Re: Incident between Terry Cooper and trainee ▇▇▇▇▇▇ on 6/24/13
To: Ladonna Bromfield <lbromfield@doe.org>
Cc: Felipe Vargas <fvargas@doe.org>, Kenise Etwaru <ketwaru@doe.org>, Eunice Gilmore <egilmore@doe.org>

Please recieve this report as we have completed the investigation on our End.

Please Note, Terry returned from the "Statement Meeting " with Detectives, who he reports, assured him he had nothing to worry about, and that no charges would follow, and that their impression of the client was subject to scrutiny, as he seemed to be less than honest with them.  Terry mentioned the Detectives said Mr. ▇▇▇▇▇ admitted smoking SPICE to them, which resulted in a consultation on the affects of using this substance, from one of the Detectives.

Please note that DHS has not been advised,  yet. I will respond as soon as I am cleared to share  the complete  follow up report.



☒

Thomas Perry | Director of Porter Ave. Transitional Housing Facility
**718-628-3210** | **203-410-8626** | www.doe.org
Follow us: twitter | facebook | Google+  | YouTube

» Turn chance into change. Your trip supports their journey.

1

TDF000188

On Mon, Jun 24, 2013 at 5:13 PM, Ladonna Bromfield <lbromfield@doe.org> wrote:
Hi All,

Per my conversation that I just had with Thomas, I wanted to add that another follow- step would be pending outcome of investigation, swapping out the client to another TDF site. We will follow-up tomorrow and keep everyone in the loop in regards to the continuation of the investigation.

Thanks for everyone support with the process

On Mon, Jun 24, 2013 at 4:43 PM, Felipe Vargas <fvargas@doe.org> wrote:
Yes Ladonna, thanks for putting all this together

Felipe

Felipe Vargas | Executive Director of Programs
646-672-4283 | 646-772-5101 | www.doe.org

Follow us: twitter | facebook | Google+ | YouTube

» Turn chance into change. Your trip supports their journey.

On Mon, Jun 24, 2013 at 4:42 PM, Kenise Etwaru <ketwaru@doe.org> wrote:
Thanks Ladonna.

Kenise Etwaru | Director of Human Resources
646-672-4444 | 646-389-8332 | www.doe.org
Follow us: twitter | facebook | Google+ | YouTube

» Turn chance into change. Your trip supports their journey.

On Mon, Jun 24, 2013 at 4:26 PM, Ladonna Bromfield <lbromfield@doe.org> wrote:
Sorry it should be Santana.

That sounds like a plan.

On Mon, Jun 24, 2013 at 4:23 PM, Kenise Etwaru <ketwaru@doe.org> wrote:

2

Thanks for this information Ladonna....below you wrote "Sanders", did you mean Santana? Or is Sanders someone else?

I spoke with Tommy via phone earlier today and he said that you guys will speak with Terry tomorrow morning and follow up with Felipe and myself for next steps.

Kenise Etwaru | Director of Human Resources
**646-672-4444** | **646-389-8332** | www.doe.org

Follow us: twitter | facebook | Google+ | YouTube

» Turn chance into change. Your trip supports their journey.

3

CONFIDENTIAL
REDACTED

Investigative Interview /Report re: Terry Cooper and ████████

June 25, 2013 at 9am

Present:

T. Perry

L. Bromfield

W. Glenn

T. Cooper

Terry Cooper read the initial report, and responded to Q.A. portion of meeting and was advised that he would need to contact, and arrange getting down to the local Precinct to submit a statement to the Detectives. Furthermore, he was advised ████████ besides submitting a Police report, made contact with Victim Services Unit, who picked him up yesterday to discuss his complaint / needs and concerns, regarding his complaint against Terry.

1. Terry was questioned about, and denied any physical contact with Trainee ████████ He stated he only addressed what he assessed, and that was, Mr. ████ appeared to be under the influence of SPICE. In his addressing this; The client as reported, stated, "go ahead" several times as he was being addressed, which translates to "leave me alone". Terry further denied picking anything up off the floor, and placing anything on his Genital area.

2. Note: Terry reported his assessment of Mr. ████ to Security and House Manager on duty, but neglected to have Trainee escorted to "Observation area" for safety reasons. He had no excuse for not following up on this intervention step, and performance issue.

3. While still in the room to dispense Memos to the clients on his caseload, he spoke with Mr. Santana. While speaking with Mr. Santana, he reported he tapped Mr. Santana with the Memos in his hand, on his chest area while engaged in conversation. Terry acknowledges that Santana did come down later that day to speak to him in regards to him touching his chest with the paper. Both men spoke and Santana explained because of his past history of being incarcerated he didn't want any

CONFIDENTIAL
REDACTED

Implications made.

4. Terry was questioned about having any prior or previous history with Mr. ▮▮▮ and denied any negative history, but mentioned there were a few brief conversations regarding participation and adjustment to the program..

5. Terry was questioned about any Supervisory interventions regarding his "Hands on/off" style of communication. He admitted "Yes", and then reported William Glenn and Donna Harris addressed him about communication style several months ago, and added he is not always conscience of this behavior associated with his communication style, though he continues to work on it.

6. Terry was also questioned about saying or doing anything at all, that could have made this client uncomfortable, or misinterpret what he was saying or doing as a sexual advance. He denied nothing could have been confused or interpreted differently.

Assessment of actual Incident reported:

At this point in time, the allegations of Sexual Harassment remain allegations; interviews already conducted do not indicate or imply such an occurrence took place. Never the less this does not mean the Trainee did not experience uncomfortable feelings during his interaction with Mr. Cooper.

Suggested Corrective Actions / Steps:

1. Report Incident, findings of investigation, and corrective action follow up with DHS.

2. Give Terry a Written Warning, regarding his communication style, and refer him to Boundaries Training in regards to his Communication style. In addition to Written Warning regarding his communication style, he would be addressed about not effectively managing or communicating steps to maintain a safe environment when noting or assessing a Client to be under the influence of

CONFIDENTIAL

any Mood or Mind Altering substance. This client should have been advised to move to the observation area.

3. In the best interest of this client, and in response to the facts at hand, including the level of his response to what he reported, a transfer to either Gates or Harlem would minimize any distractions associated with residing here, thus allow him to continue to focus, participate and successfully complete in RWA.