**CONFIDENTIAL**

**The Doe Fund, Inc.**

# Memo

To:    Terry Cooper

From:   William Glenn, Director of RWA

          Thomas Perry, Program Director

CC:    Personnel File

Date:   July 2, 2013

Re:    Written Warning

---

Dear Terry,

You are formally being warned due to the following reason:

☐ Excessive Absenteeism/tardiness

☐ Drug/Alcohol Usage            ☐ Sexual Harassment

☒ **Poor Performance**          ☐ Other Company Policy Violation _____

☐ Insubordination

Summary and Corrective Action:

You have been given this written warning due to your negligence in following through with ensuring that Porter Ave facility is kept safe for its residents and staff.  On Sunday, June 23, 2013 you witnessed a resident that, according to your own admission, appeared to be under the influence of a mind altering substance and was allowed to remain unsupervised and unmonitored which was a potential risk to residents, staff and the client himself. It is protocol to have any resident that appears to be under the influence of something to be moved to the observation area for their safety as well as the safety of staff and other residents.

Going forward you must always act in the best interest of residents and staff to keep the facility as safe as possible.

Both Donna Harris and I are available to provide assistance, support and answer any questions you may have.

If your performance becomes unsatisfactory in company judgment based on violation either of the above or any of the other Doe fund policies, standards or regulations, you will be subject to disciplinary action up to and including termination of your employment with The Doe Fund.

By signing below, you acknowledge that you have received and fully understand this verbal warning.

---

Employee's Signature                7/2/13

                                                       Date

1